**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **RWDY, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **37-1432659** | |
| **4.** | **Debtor's address** | **Principal place of business** **2640 Youree Drive, Suite 200 Shreveport, LA 71104** Number, Street, City, State & ZIP Code **Caddo** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.rwdyinc.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5416__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **RWDY, Inc.**
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 22, 2020**
MM / DD / YYYY

X **/s/ Brian T. Owen**
Signature of authorized representative of debtor

**Brian T. Owen**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Robert W. Raley**
Signature of attorney for debtor

Date **June 22, 2020**
MM / DD / YYYY

**Robert W. Raley**
Printed name

**Robert W. Raley, Esq.**
Firm name

**290 Benton Spur Road**
**Bossier City, LA 71111**
Number, Street, City, State & ZIP Code

Contact phone **318-747-2230**   Email address **rwr@robertraleylaw.com**

**#11082 LA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RWDY, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AXA Equitible Life Insurance 1290 Avenue of the Americas 14th Floor | | 401 (K) Plan | | | | $2,711.69 |
| BDO 1100 Peachtree Street NE Suite 700 Atlanta, GA 30309 | | | | | | $418,939.00 |
| Blue Cross Blue Shield of Texas PO Box 650615 Dallas, TX 75265 | | | | | | $18,213.04 |
| Chase Bank 3033 Youree Drive Shreveport, LA 71104 | | PPP Loan | | | | $447,900.00 |
| Colorado Department of Revenue PO Box 17087 Denver, CO 80217 | | | | | | $393.00 |
| EIBL 409 3rd Street S.W. Suite 6050 Washington, DC 20416 | | | | | | $149,900.00 |
| EIN CAP, INC. 160 Pearl Street 5th Floor New York, NY 10005 | | | Disputed | | | $1,195,784.33 |
| Fox Capital Group, Inc. 300 E. 56th Street Suite 6 J New York, NY 10021 | | | Disputed | | | $485,875.34 |

| Debtor | RWDY, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>Ogden, UT 84201 | | | | | | $1,465.38 |
| Louisiana Department of Revenue<br>POB 201<br>Baton Rouge, LA 70821 | | | | | | $393.00 |
| McDermott, Will & Emery<br>PO Box 6043<br>Chicago, IL 60680 | | | | | | $28,504.41 |
| Mr Advance<br>35-12 19th Avenue Suite 3W<br>Astoria, NY 11105 | | | Disputed | | | $296,332.62 |
| New Mexico Sales Tax<br>1200 S St. Francies Drive<br>Santa Fe, NM 87504 | | | | | | $23,794.58 |
| Oklahoma Tax Commission<br>2501 North Lincoln Blvd.<br>Oklahoma City, OK 73194 | | | | | | $720.00 |
| Queen Funding<br>101 Chase Avenue Suite 208<br>Lakewood, NJ 08701 | | | Disputed | | | $1,609,000.00 |
| Tailored Fund Cap LLC<br>1967 Wehrle Drive Suite 1 #086<br>Buffalo, NY 14221 | | | Disputed | | | $2,635,842.50 |
| Texas Workforce Commission<br>12455 Beechnut<br>Houston, TX 77072 | | | | | | $2,012.64 |
| Tiger Capital Group<br>99 Park Avenue<br>New York, NY 10016 | | | Disputed | | | $6,644,625.00 |
| Vernon<br>99 Washington Avenue<br>Suite 1008<br>Albany, NY 12260 | | | Disputed | | | $3,133,702.69 |

AXA Equitible Life Insurance
1290 Avenue of the Americas
14th Floor


BDO
1100 Peachtree Street NE
Suite 700
Atlanta, GA 30309


Blue Cross Blue Shield of Texas
PO Box 650615
Dallas, TX 75265


Bossier Federal Credit Union
PO Box 5635
Bossier City, LA 71171


Brian T. Owen
2640 Youree Drive
Suite 200
Shreveport, LA 71104


Brian T. Owen, Inc.
2640 Youree Drive
Suite 200
Shreveport, LA 71104


Caddo Parish Sheriff's Office
505 Travis Street, 7th Floor
Shreveport, LA 71101


Chase Bank
3033 Youree Drive
Shreveport, LA 71104


Colorado Department of Revenue
PO Box 17087
Denver, CO 80217

Completion Tech, LLC
DBA Completion Tech
950 Echo Lane
Suite 200
Houston, TX 77024


EIBL
409 3rd Street S.W.
Suite 6050
Washington, DC 20416


EIN CAP, INC.
160 Pearl Street
5th Floor
New York, NY 10005


Fox Capital Group, Inc.
300 E. 56th Street
Suite 6 J
New York, NY 10021


Internal Revenue Service
Ogden, UT 84201


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Lawlerq Benton, LLC
231 Cattail Trail
Benton, LA 71006


Louisiana Department of Revenue
POB 201
Baton Rouge, LA 70821

McDermott, Will & Emery
PO Box 6043
Chicago, IL 60680


Mr Advance
35-12 19th Avenue
Suite 3W
Astoria, NY 11105


Multi-Well, LLC
DBA Multi-Well
950 Echo Lane
Suite 200
Houston, TX 77024


New Mexico Sales Tax
1200 S St. Francies Drive
Santa Fe, NM 87504


Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City, OK 73194


Owen Silvio Holdings, LLC
1053 East Rochel Drive
Shreveport, LA 71115


Pusher, LLC
DBA Pusher
7804 Pebble Creek Drive
Georgetown, TX 78628


Queen Funding
101 Chase Avenue
Suite 208
Lakewood, NJ 08701

Rackback Services, LLC
DBA Rackback Services
950 Echo Lane
Suite 200
Houston, TX 77024


Seacoast Business Funding
c/o Ullman & Ullman, P.A.
7700 West Camino Real
Suite 401
Boca Raton, FL 33433


Spud Systems, LLC
DBA Spud Systems
950 Echo Lane
Suite 200
Houston, TX 77024


Tailored Fund Cap LLC
1967 Wehrle Drive
Suite 1 #086
Buffalo, NY 14221


Texas Workforce Commission
12455 Beechnut
Houston, TX 77072


Tiger Capital Group
99 Park Avenue
New York, NY 10016


Tripping LLC
DBA Tripping
7804 Pebble Creek Drive
Georgetown, TX 78628


Vernon
99 Washington Avenue
Suite 1008
Albany, NY 12260

```
Wizards Trucking, LLC
950 Echo Lane
Suite 200
Houston, TX 77024


Zipper Completion, LLC
DBA Zipper Completion
950 Echo Lane
Suite 200
Houston, TX 77024
```

# United States Bankruptcy Court
## Western District of Louisiana Shreveport Division

In re **RWDY, Inc.** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 22, 2020** **/s/ Brian T. Owen**
**Brian T. Owen**/**President**
Signer/Title