UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:

    RWDY, INC.      CASE #20-10616

    Debtor      CHAPTER 11

<u>NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE</u>

COMES NOW David W. Asbach, Acting United States Trustee for Region 5, through undersigned counsel, and pursuant to 11 U.S.C. §§1102(a) and 1102(b)(1) hereby gives notice that the following unsecured creditors of the above-named debtors are among those holding unsecured claims and are willing to serve and therefore, are appointed to serve, as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. §1103.

The committee members' names are listed on Attachment A which is incorporated and made a part of this notice. A copy of this notice has been sent to each creditor listed on Attachment A as well as the parties listed on the Certificate of Service.

    Respectfully submitted,

    DAVID W. ASBACH
    Acting United States Trustee
    Region 5, Judicial Districts
    of Louisiana and Mississippi

    By: <u>/s/ Richard Drew</u>
    Richard Drew

Richard Drew
Assistant United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3484
Facsimile no. (318) 676-3212
LA Bar no. 32484

# ATTACHMENT A

## MEMBERS OF UNSECURED CREDITORS' COMMITTEE

**INTERIM CHAIRMAN:**
Vernon Capital Group LLC
Andrew Lichtenstein
383 Kingston Ave.
Suite 343
Brooklyn, NY 11213
Yossi@htcapllc.com
718-614-9657

Queen Funding, LLC
Max Gross
101 Chase Ave.
Lakewood, NJ 08701

EIN CAP Inc.
Russell Naftali
160 Pearl Street, 5th floor
New York, NY 1005

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing *NOTICE OF APPOINTMENT OF UNSECURED COMMITTEE* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the following persons and entities:

RWDY, Inc.
2640 Youree Drive, Suite 200
Shreveport LA 71104

Robert W. Raley
290 Benton Spur Road
Bossier City, LA 71111

*Committee Members:*

Vernon Capital Group LLC
Andrew Lichtenstein
383 Kingston Ave.
Suite 343
Brooklyn, NY 11213

Queen Funding, LLC
Max Gross
101 Chase Ave.
Lakewood, NJ 08701

EIN CAP Inc.
Russell Naftali
160 Pearl Street, 5th floor
New York, NY 1005

*Special Notice Requests:*

Seacoast Business Credit
c/o Chad P. Morrow
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112

Paul Douglas Stewart, Jr.
Brandon A. Brown
Garrett A. Anderson
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348

Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, New York 11590

J. Eric Lockridge (#30159)
Katilyn M. Hollowell (#37729)
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802

*20 Largest Unsecured Creditors:*

AXA Equitible Life Insurance
1290 Avenue of the Americas
14th Floor
New York, NY 10104

Bdo
1100 Peachtree Street NE
Suite 700
Atlanta GA 30309

Blue Cross Blue Shield of Texas
PO Box 650615
Dallas TX 75265

Chase Bank
3033 Youree Drive
Shreveport LA 71104

Colorado Department of Revenue
PO Box 17087
Denver CO 80217

Eibl
409 3rd Street S.W.
Suite 6050
Washington DC 20416

EIN Cap, Inc.
160 Pearl Street
5th Floor
New York NY 10005

Fox Capital Group, Inc.
300 E. 56th Street
Suite 6 J
New York NY 10021

Internal Revenue Service
Ogden, UT 84201

Louisiana Department of Revenue
POB 201
Baton Rouge LA 70821

McDermott, Will & Emery
PO Box 6043
Chicago IL 60680

Mr Advance
35-12 19th Avenue
Suite 3W
Astoria NY 11105

New Mexico Sales Tax
1200 S St. Francies Drive
Santa Fe NM 87504

Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City OK 73194

Queen Funding
101 Chase Avenue
Suite 208
Lakewood NJ 08701

Tailored Fund Cap LLC
1967 Wehrle Drive
Suite 1 #086
Buffalo NY 14221

Texas Workforce Commission
12455 Beechnut
Houston TX 77072

Tiger Capital Group
99 Park Avenue
New York NY 10016

Vernon Capital Group, LLC
99 Washington Avenue
Suite 1008
Albany NY 12260

Date:   July 15, 2020                               *s/ Samantha Scott*
                                                    Samantha Scott
                                                    Paralegal Specialist
                                                    Office of the United States Trustee
                                                    300 Fannin Street, Suite 3196
                                                    Shreveport, LA 71101
                                                    Telephone No. (318) 676-3456