# RWDY, INC
## A/R Aging Summary
### As of June 22, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| *COMPLETION TECH LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *DEVON ENERGY CORPORATION | 12,814.00 | 42,835.54 | -300.00 | 590.42 | -14.86 | 55,925.10 |
| *ENDEAVOR ENERGY RESOURCES, LP | 3,600.00 | 61,200.00 | 0.00 | 0.00 | 0.00 | 64,800.00 |
| *EOG RESOURCES, INC. | 20,284.67 | 12,425.00 | 45,355.00 | 0.00 | 0.00 | 78,064.67 |
| *MULTI - WELL LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *RACKBACK SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *SPUD SYSTEMS LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *ZIPPER COMPLETION LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACACIA EXPLORATION PARTNERS | 600.00 | 3,075.00 | 0.00 | 0.00 | 0.00 | 3,675.00 |
| APACHE CORPORATION | 0.00 | 5,216.00 | 34,033.75 | 14,491.25 | 0.00 | 53,741.00 |
| ARCHER AS | 0.00 | 0.00 | 0.00 | 0.00 | 712.19 | 712.19 |
| BLACK VALLEY DIRECTIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 2,454,998.25 | 2,454,998.25 |
| BONANZA CREEK ENERGY INC | 9,750.40 | 28,700.24 | 24,150.56 | 12,674.84 | 0.00 | 75,276.04 |
| BOOTS SMITH ENERGY GROUP, INC | 0.00 | 0.00 | 0.00 | 0.00 | 5,975.00 | 5,975.00 |
| BP GENERAL INVOICES | 0.00 | 0.00 | 539.64 | 0.00 | 0.00 | 539.64 |
| BTA OIL PRODUCERS | 0.00 | 3,847.25 | 0.00 | 0.00 | 0.00 | 3,847.25 |
| BUCKEYE INC. DRILLING MUD OASIS PERTROLEU | 0.00 | 6,028.72 | 0.00 | 0.00 | 0.00 | 6,028.72 |
| CIMAREX ENERGY, CO | 12,306.79 | 0.00 | 0.00 | 0.00 | 0.00 | 12,306.79 |
| COG OPERATING, LLC | 40,595.50 | 167,841.02 | 0.00 | 0.00 | 0.00 | 208,436.52 |
| COMPASS PRODUCTION | 0.00 | 12,000.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| COMSTOCK RESOURCES | 16,760.00 | 28,805.00 | 25,725.00 | 9,000.00 | 0.00 | 80,290.00 |
| CONOCO-PHILLIPS | 10,436.63 | 333,242.13 | -17,959.00 | 1,400.00 | 3,930.00 | 331,049.76 |
| CONTINENTAL RESOURCES | 0.00 | 2,600.00 | 5,200.00 | 0.00 | 0.00 | 7,800.00 |
| DAYLIGHT PETROLEUM, LLC | 0.00 | 8,000.00 | 0.00 | 0.00 | 0.00 | 8,000.00 |
| DENBURY ONSHORE, LLC | 8,898.30 | 0.00 | 0.00 | 0.00 | 0.00 | 8,898.30 |
| DERBY EXPLORATION | 0.00 | 3,897.50 | 11,500.00 | 7,523.75 | 3,916.25 | 26,837.50 |
| DIAMONDBACK E&P LLC | 0.00 | 0.00 | 15,750.00 | 35,475.00 | 0.00 | 51,225.00 |
| ENDEAVOR NATURAL GAS | 0.00 | 16,000.00 | 0.00 | 0.00 | 0.00 | 16,000.00 |
| FIREBIRD ENERGY LLC | 0.00 | 0.00 | 19,800.00 | 0.00 | 0.00 | 19,800.00 |
| GRENADIER ENERGY PARTNERS II, LLC | 0.00 | 30,864.00 | 8,925.00 | 0.00 | 0.00 | 39,789.00 |
| GULFPORT ENERGY CORPORATION | 27,786.00 | 200,637.12 | 89,331.12 | 0.00 | 0.00 | 317,754.24 |
| HAWKWOOD ENERGY OPERATING, LLC | 0.00 | 5,745.00 | 5,745.00 | 21,065.00 | 0.00 | 32,555.00 |
| HILCORP ENERGY | 10,200.00 | 35,289.00 | 2,800.00 | 4,200.00 | 0.00 | 52,489.00 |
| HORIZON MUD COMPANY | 9,843.27 | 17,810.67 | 198,354.74 | 104,321.12 | 401,681.65 | 732,011.45 |
| HT MWD SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 | 1,679,992.46 | 1,679,992.46 |
| INDIGO MINERALS | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 |
| IRON HORSE SERVICES | 0.00 | 18,864.48 | 0.00 | 0.00 | 0.00 | 18,864.48 |
| JAGUAR ENERGY | 0.00 | -730.00 | 0.00 | 4,380.00 | 730.00 | 4,380.00 |
| JETTA PERMIAN & OPERATING | 2,990.00 | 22,756.67 | 19,766.67 | 0.00 | 0.00 | 45,513.34 |
| KAISER FRANCIS OIL COMPANY | 2,773.71 | 8,672.38 | 0.00 | 0.00 | 0.00 | 11,446.09 |
| KINDER MORGAN | 0.00 | 75,577.42 | 0.00 | 0.00 | 0.00 | 75,577.42 |
| LOUISIANA DELTA FARMS | 0.00 | 0.00 | 0.00 | 0.00 | 4,385.00 | 4,385.00 |
| MANTI TARKA PERMIAN | 0.00 | 6,225.00 | -9,000.00 | 0.00 | 0.00 | -2,775.00 |
| MARATHON OIL COMPANY | 73,625.52 | 159,273.82 | 68,704.60 | 4,235.36 | 44,730.60 | 350,569.90 |
| MATADOR PRODUCTION COMPANY | 9,750.00 | 41,062.50 | 0.00 | 0.00 | 0.00 | 50,812.50 |
| MAVERICK NATURAL RESOURCES, LLC | 0.00 | 0.00 | 0.00 | 14,591.15 | 0.00 | 14,591.15 |
| MDC ENERGY, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 325,630.00 | 325,630.00 |
| MURPHY EXPLORATION & PRODUCTION COMPANY | 0.00 | 5,709.56 | 0.00 | 0.00 | 0.00 | 5,709.56 |
| NATIONAL OILWELL VARCO, LP | 0.00 | 0.00 | 0.00 | 11,459.84 | 0.00 | 11,459.84 |
| NEW CENTURY EXPLORATION, INC | 0.00 | 0.00 | 0.00 | 0.00 | 11,800.32 | 11,800.32 |
| NOVA MUD, INC. | 0.00 | 13,230.12 | 82,557.14 | 98,982.48 | 5,060.50 | 199,830.24 |
| OASIS PETROLEUM | 0.00 | 0.00 | 96,443.75 | 0.00 | 0.00 | 96,443.75 |
| OVINTIV USA, INC. | 66,550.65 | 640,727.35 | 249,992.00 | 0.00 | 0.00 | 957,270.00 |

# RWDY, INC
## A/R Aging Summary
### As of June 22, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| PALEO OIL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 | 22,157.14 | 22,157.14 |
| PALOMA OPERATING COMPANY | 0.00 | 10,800.00 | 0.00 | 0.00 | 0.00 | 10,800.00 |
| PAR MINERALS CORPORATION | 0.00 | 0.00 | 24,650.00 | 0.00 | 0.00 | 24,650.00 |
| PARSLEY ENERGY | 0.00 | 0.00 | 54,410.00 | 55,711.25 | 25,116.25 | 135,237.50 |
| PETRO-TECH SOLUTIONS | 13,400.88 | 11,101.97 | -0.01 | 0.00 | 0.00 | 24,502.84 |
| PINE WAVE ENERGY PARTNERS, LLC | 0.00 | 30,950.64 | 0.00 | 0.00 | 9,600.00 | 40,550.64 |
| PRO OIL & GAS SERVICES | 0.00 | 0.00 | 2,920.00 | 14,600.00 | 0.00 | 17,520.00 |
| ROCKLIFF ENERGY | 0.00 | 127,616.25 | 24,180.00 | 0.00 | 11,660.00 | 163,456.25 |
| SM ENERGY | 75,814.80 | 150,897.60 | 16,450.00 | 0.00 | 0.00 | 243,162.40 |
| SPUR ENERGY PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 | 30,600.00 | 30,600.00 |
| STELLAR DRILLING FLUIDS, LLC | 0.00 | 41,873.98 | 29,311.20 | 0.00 | 0.00 | 71,185.18 |
| TAP ROCK OPERATING | 28,963.50 | 89,213.50 | 14,822.50 | 0.00 | 0.00 | 132,999.50 |
| TEAL NATURAL RESOURCES | 0.00 | 0.00 | 0.00 | 0.00 | 91,829.50 | 91,829.50 |
| TRANSPACIFIC ENERGY | 0.00 | 0.00 | 0.00 | 0.00 | 10,087.50 | 10,087.50 |
| TRAVIS PEAK RESOURCES | 0.00 | 2,700.00 | 0.00 | 0.00 | 0.00 | 2,700.00 |
| TREADSTON ENERGY PARTNERS | 0.00 | 0.00 | 2,900.00 | 0.00 | 0.00 | 2,900.00 |
| TRINITY OPERATING, LLC | 20,000.00 | 19,000.00 | 35,200.00 | 0.00 | 0.00 | 74,200.00 |
| TRIUMPH ENERGY | 8,420.00 | 0.00 | 2,900.00 | 0.00 | 0.00 | 11,320.00 |
| UNIVERSAL FLUID SERVICES, LLC | 0.00 | 0.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 |
| VALENCE DRILLING FLUIDS | 24,959.36 | 131,253.60 | 117,348.88 | 139,880.08 | 55,916.28 | 469,358.20 |
| VANGUARD NATURAL RESOURCES, LLC | 0.00 | 0.00 | 0.00 | -270.00 | 0.00 | -270.00 |
| VINE OIL & GAS LP | 50,387.50 | 253,857.95 | 48,973.95 | 0.00 | 0.00 | 353,219.40 |
| VT HALTER MARINE, INC. | 0.00 | 4,295.43 | 2,142.10 | 0.00 | 0.00 | 6,437.53 |
| WHITE RIVER OPERATING | 0.00 | -2,000.00 | 0.00 | 0.00 | 48,291.12 | 46,291.12 |
| WPX ENERGY-RKI EXPLORATION & PROD LLC | 0.00 | 0.00 | 0.00 | 0.00 | -400.00 | -400.00 |
| XTO ENERGY, INC. | 85,275.89 | 842,475.54 | 483,513.82 | 28,940.48 | 0.00 | 1,440,205.73 |
| **TOTAL** | **676,787.37** | **3,731,464.95** | **1,837,137.41** | **589,252.02** | **5,248,385.15** | **12,083,026.90** |