| Vendor | QTY | | Description | Amount | TAX | Sub total | Assembly & Install | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Complete Office Solutions | 16848 | All | 11 R/H L unit desks | $ 12,925.00 | $ 1,169.71 | $ 14,094.71 | | | |
| | | | 4 L/H L unit desks | $ 4,700.00 | $ 425.35 | $ 5,125.35 | | | |
| | | | 1 R/H U shaped desk w/hutch | $ 1,950.00 | $ 176.48 | $ 2,126.48 | | | |
| | | | 1 2 Drawer Lateral File | $ 419.00 | $ 37.92 | $ 456.92 | | | |
| | | | 1 2door storage Cabinet | $ 349.00 | $ 31.58 | $ 380.58 | | | |
| | | | 1 Round Table | $ 389.00 | $ 35.20 | $ 424.20 | | | |
| | | | 16 Desk Chairs | $ 7,952.00 | $ 719.66 | $ 8,671.66 | | | |
| | | | 21 Guest Chairs | $ 5,145.00 | $ 465.62 | $ 5,610.62 | | | |
| | | | 1 Conference table | $ 985.00 | $ 89.14 | $ 1,074.14 | | | |
| | | | 8 Conf. Chairs | $ 3,976.00 | $ 359.83 | $ 4,335.83 | | | |
| | | | 4 Café Height Stools | $ 1,100.00 | $ 99.55 | $ 1,199.55 | | | |
| | | | 1 Café Height Chair | $ 245.00 | $ 22.17 | $ 267.17 | | | |
| | | | 8 60" Training Tables | $ 4,392.00 | $ 397.48 | $ 4,789.48 | | | |
| | | | 16 Folding Chairs | $ 4,608.00 | $ 417.02 | $ 5,025.02 | | | |
| | | | TOTAL | $ 49,135.00 | $ 4,446.72 | $ 53,581.72 | $ 1,719.73 | $ 55,301.44 | |
| Complete Office Solutions | 16856 | All | Lobby Set-up 3 seats | $ 4,175.84 | 377.84 | 4552.84 | $ 147.00 | $ 4,699.84 | |
| Complete Office Solutions | 16854 | 1/2 each | 16 White Training Tables | $ 8,794.00 | $ 795.86 | $ 9,589.86 | $ 9,739.74 | $ 4,869.87 | |
| | | | 32 Nesting Training Chairs | $ 9,216.00 | $ 834.05 | $ 10,050.05 | $ 10,199.93 | $ 5,099.96 | |
| | | | 5 Round Café tables | $ 2,445.00 | $ 221.27 | $ 2,666.27 | $ 2,816.15 | $ 1,408.08 | |
| | | | 20 Breakroom Chairs | $ 4,900.00 | $ 443.45 | $ 5,343.45 | $ 5,493.33 | $ 2,746.67 | |
| | | | 9 Café height stools | $ 2,475.00 | $ 223.99 | $ 2,698.99 | $ 2,848.86 | $ 1,424.43 | |
| | | | 2 Café Chairs | $ 490.00 | $ 44.35 | $ 534.35 | $ 684.22 | $ 342.11 | |
| | | | 1- 3 seat lounge set up | $ 4,175.00 | $ 377.84 | $ 4,552.84 | $ 4,702.71 | $ 2,351.35 | |
| | | | 1 sq frame bench | $ 925.00 | $ 83.71 | $ 1,008.71 | $ 1,158.57 | $ 579.29 | |
| | | | TOTAL | $ 33,420.00 | $ 3,024.51 | $ 36,444.51 | $ 37,643.50 | $ 18,821.75 | |
| Best Buy-1/2 Flex | | 1/2 each | 1-LG 60" TV -1/2 | $ 601.96 | | | | $ 300.98 | |
| | | | 1-Rocket fish mount-1/2 | $ 109.43 | | | | $ 54.72 | |
| | | | 1-Sony 85" LED-1/2 | $ 3,283.49 | | | | $ 1,641.75 | |
| | | | 2-Sanus TV Wall Mount-1.2 | $ 284.55 | | | | $ 142.28 | |
| | | | 1-LG 75" TV-1/2 | $ 1,532.29 | | | | $ 766.15 | |
| | | | TOTAL | $ 5,811.72 | | | | $ 2,905.86 | |
| Specialized Sports | | 1/2 each | Brunswick Pool table | $ 3,395.00 | $ 339.50 | $ 3,734.50 | | $ 1,867.25 | |
| | | | Brunswick Shuffle board | $ 3,495.00 | $ 349.50 | $ 3,844.50 | | $ 1,922.25 | |
| | | | Brunswick Table Tennis | $ 732.73 | $ 73.27 | $ 806.00 | | $ 403.00 | |
| | | | Floor stand & 6 Cues | $ 150.00 | $ 15.00 | $ 170.00 | | $ 85.00 | |
| | | | TOTAL | $ 7,772.73 | $ 777.27 | $ 8,555.00 | | $ 4,277.50 | |

| Vendor | Qty | Item | Unit Price | Tax | Total | Half |
|---|---|---|---|---|---|---|
| Sears | 1/2 each | Kenmore Built in Dishwasher | $ 1,099.99 | $ 106.40 | $ 1,206.39 | $ 603.19 |
| | | Kenmore Microwave trim kit | $ 399.96 | $ 46.90 | $ 446.86 | $ 223.43 |
| | | Kenmore Range Hood | $ 799.99 | $ 80.90 | $ 880.89 | $ 440.44 |
| | | Kenmore Range | $ 2,369.99 | $ 214.35 | $ 2,584.34 | $ 1,292.17 |
| | | 2-Kenmore Fr door refrigerator | $ 5,999.98 | $ 522.90 | $ 6,522.88 | $ 3,261.44 |
| | | 2- Freezer/Refrigerator | $ 3,999.98 | $ 352.90 | $ 4,352.88 | $ 2,176.44 |
| | | 4 Microwave ovens | $ 803.84 | $ 81.23 | $ 885.07 | $ 442.53 |
| | | Kenmore flue extention | $ 209.99 | $ 30.75 | $ 240.74 | $ 120.37 |
| | | Total | $ 15,683.72 | $ 1,436.32 | $ 17,119.94 | **$ 8,559.97** |
| Webstaurant | 1/2 each | Ice Maker | $ 3,586.22 | | | **$ 1,793.11** |
| | | | | | | $ 96,359.47 |

| Vendor | Qty | Item | Amount |
|---|---|---|---|
| Complete Office solutions | 15 | Overhead hutches | $ 7,969.81 |
| Complete Office solutions | | Bench Seating | $ 1,499.44 |
| Office TV's | 4 | Samsung | $ 3,500.40 |
| Uline | | 1/2 interest in Trash cans Picnic tables & Accessories to common area | $ 5,074.60 |
| Sears | | 1/2 interest in Dishwasher for common area | $ 903.35 |
| | | | **$ 18,947.60** |