Exhibit 4 - Schedule A/B, #71

# RWDY, INC

### As of June 17, 2020

|  | Jun 17, 20 |
|---|---:|
| **ASSET** | |
| **Other Current Assets** | |
| **132 · ADVANCES** | |
| 132.098 · DUE FROM BRIAN CROWE | 3,400.00 |
| 132.123 · DUE FROM MICHAEL RICHEY | 2,500.00 |
| 132.135 · DUE FROM STEVE STODOLA | 27,794.46 |
| 132.280 · DUE FROM THOMAS SANEZ | 9,500.00 |
| 132.309 · DUE FROM KEITH BAKER | 2,000.00 |
| 132.318 · DUE FROM DAVID SPERRY | 1,215.00 |
| 132.346 · DUE FROM MIKE CHILDERS | 807.00 |
| 132.359 · DUE FROM JUSTIN SMITH | 6,918.79 |
| 132.362 · DUE FROM RANDY KING | 500.00 |
| 132.365 · DUE FROM GREG CHAPMAN | 11,491.00 |
| 132.372 · DUE FROM RICHARD WEGA | 230.00 |
| 132.373 · DUE JADYN FOSTER | 1,060.71 |
| 132.374 · DUE FROM TODD MCKENZIE | 4,000.00 |
| 132.378 · DUE FROM BRIAN JONES | 432.00 |
| 132.381 · DUE FROM MICHAEL CLARK | 3,200.00 |
| 132.382 · DUE FROM JERRY MONNIN | 316.00 |
| 132.384 · DUE FROM PHILIP SYKES | 3,200.48 |
| 132.386 · DUE FROM DAVID GOMEZ | 20.00 |
| 132.387 · DUE FROM STEVEN HANEY | 1,000.00 |
| 132.389 · DUE FROM BRIAN CHANEY | 10,000.00 |
| 132.390 · DUE FROM NICK LEWIS | 75.00 |
| 132.392 · DUE FROM DARIN BURGES | 646.46 |
| 132.394 · DUE FROM RANDY TEW | 930.00 |
| 132.395 · DUE FROM JOE WHITE | 7,727.44 |
| 132.396 · DUE FROM STEVE MCCLESKY | 414.25 |
| 132.397 · DUE FROM ZACHARY COILE | 643.80 |
| 132.399 · DUE FROM JASON HENDRY | 800.00 |
| 132.403 · DUE FROM CHARLES D'ANZA | 5,000.00 |
| 132.407 · DUE FROM TIM BROWN | 11,000.00 |
| 132.408 · DUE FROM JOHNATHAN BEENEY | 1,050.00 |
| 132.409 · DUE FROM CHARLES DAIGLE | 1,500.00 |
| 132.410 · DUE FROM JOHN FIGURELLI | 5,000.00 |
| 132.411 · DUE FROM JOSEPH HARPER | 2,716.02 |
| 132.412 · DUE FROM JOHN SILLS | 500.00 |
| **Total 132 · ADVANCES** | **127,588.41** |
| | |
| **133 · DUE FROM SHAREHOLDER** | 6,901,986.42 |
| 133.01 · DUE FROM BRIAN T OWEN | 13,495,234.99 |
| 141 · DUE FROM COMPLETION TECH | 2,500.00 |
| 142 · DUE FROM RACKBACK SERVICES | 7,384.53 |
| 143 · DUE FROM ZIPPER COMPLETION | 4,175.00 |
| 144 · DUE FROM MULTI-WELL | 7,372.76 |

# RWDY, INC
## Balance Sheet
### As of June 17, 2020

|  | Jun 17, 20 |
|---|---|
| **145 · DUE FROM SPUD SYSTEMS** | 4,000.00 |
| **146 · DUE FROM WIZARDS TRUCKING** | 53,827.75 |
| **147 · DUE FROM PUSHER LLC** | 5,233.28 |
| **148 · DUE FROM TRIPPING LLC** | 2,450.00 |
| **149 · DUE FROM FLOWBACK** | 68,671.34 |
| **150 · DUE FROM PROF. DRILLING** | 42,459.17 |
| **Total** | **20,595,295.24** |
| | |
| **Total Other Current Assets** | **20,722,883.65** |