Exhibit 5 - Schedule G

| RWDY Client *missing executed copy |
|---|
| Acacia Exploration Partners, LLC* |
| Activa Resources, LLC |
| Aethon Energy Operating LLC |
| American Petroleum Partners, LLC* |
| Anchor Drilling Fluids USA, LLC |
| Anadarko Petroleum Corporation |
| Armor Energy, LLC |
| Apache Corporation |
| APR Operating, LLC DBA Admiral Permian Resources |
| Atlantic Resources Company, LLC |
| Australis TMS Inc. |
| BBL Operating Company, LLC |
| BC Operating Inc |
| BHP Billiton Ltd |
| Blackbeard Operating, LLC* |
| Blackbuck Resources, LLC |
| Black Valley Directional Drilling, LLC |
| Bonanza Creek Energy Operating Company, LLC |
| Boots Smith Energy Group, Inc |
| BP America Production Company* |
| Branton Tools, LLC/Branco Tools, LLC |
| Bravo Natural Resources, LLC |
| Breitburn Operating, LP* |
| Brooks Range Petroleum Corporation* |
| Bruin E & P Operating, LLC |
| BTA Oil Producers, LLC |
| Caelus Energy Alaska LLC and Affiliates |
| Callon Petroleum Operating Company |
| Capitan Energy, Inc* |
| Carrizo (Eagle Ford) LLC |
| Casillas Operating, LLC |

Exhibit 5 - Schedule G

| |
|---|
| Casillas Petroleum Corp II |
| Castle Rock Operating, LLC |
| CCI Gulf Coast Upstream, LLC |
| Centennial Resource Production, LLC |
| CH4-Finley Operating, LLC* |
| Charger Shale Oil Operating, LLC |
| Cimarex Energy Co. |
| Citation Oil & Gas Corp. |
| Clearly Petroleum, LLC |
| CML Exploration LLC |
| CMR Energy, L.P.* |
| COG Operating LLC |
| Colgate Operating, LLC |
| Comstock Resources, Inc. |
| Continental Resources, Inc. |
| Conoco Phillips Company |
| Corterra Energy Operating, LLC |
| Covey Park Operating LLC |
| Creston Peak Resources Operating LLC |
| Crimson Energy Partners IV, LLC * |
| Crimson Exploration Operating, INC |
| Daylight Petroleum, LLC* |
| DCP Operating Company, LP |
| DD Fluids, LLC |
| Delaware Energy, LLC* |
| Denbury Onshore, LLC |
| Derby Exploration, LLC* |
| Devon Energy Production Company, L.P. |
| Diamondback E&P, LLC |
| Eagle Exploration Production, LLC |
| El Toro Resources LLC |
| Encana Oil & Gas (USA) Inc. |

Exhibit 5 - Schedule G

| |
|---|
| Endeavor Energy Resources, L.P. |
| Endeavor Natural Gas, LP* |
| EnerVest Operating, LLC |
| Energen Resources Corporation |
| EOG Resources, INC |
| EOR Operating Company and Ridgeway Arizona Oil Corp |
| EP Energy E&P Company, L.P. |
| EQT Production Company |
| Excalibur Resources, LLC |
| Exco Resources, Inc. |
| Fairway Resources Operating III, LLC |
| Fasken Oil and Ranch, LTD |
| FDF Energy Services, LLC* |
| Felix Energy Holdings II, LLC |
| Fifth Creek Energy Operating Company, LLC |
| FireBird Energy, LLC* |
| Fortuna Resources Development, LLC |
| Freedom Production, Inc. |
| Gadeco, LLC |
| General Electric Company |
| Genesis Fluids, LLC* |
| GeoSouthern Operating II, LLC |
| Geostock Sandia, LLC |
| GEP Haynesville, LLC* |
| Glacier Oil and Gas Corp. |
| Goodrich Petroleum Company, LLC* |
| Grenadier Energy Partners II, LLC |
| Gulfport Energy Corporation (SCOOP) |
| Guidon Energy Management Services, LLC |
| Halcon Operating Co., Inc. |
| Hawkwood Energy Operating, LLC |
| Headington Energy Partners, LLC |

Exhibit 5 - Schedule G

| |
|---|
| Helios Operating, LLC* |
| Henry Resources |
| HighMark Energy Operating, LLC |
| HilCorp Alaska, LLC* |
| Hilcorp Energy Company * |
| HT MWD Solutions, LLC |
| Huntley & Huntley Energy Exploration, LLC |
| Hunt Oil |
| Horizon Mud, Inc* |
| ImPetro Operating LLC |
| Indigo Minerals LLC |
| Inland Ocean |
| Ironroc Energy Partners, LLC* |
| Jagged Peak Energy, LLC (Trinity Petroleum Energy) |
| JBL Oil & Gas, LLC |
| Jetta Operating Company, Inc. * |
| Jetta Permian, LP |
| Jones Energy Holdings, LLC |
| Kaiser-Francis Oil Company |
| Kayden Industries (USA), Inc.* |
| Kinder Morgan CO2 Company, L.P. |
| Laredo Energy Operating, LLC |
| Liberty Resources Management Company, LLC |
| Legacy Reserves Operating LP* |
| Linn Operating, LLC |
| Logos Operating, LLC |
| Lonestar Resources America, Inc. |
| LouTex Contractors, Inc |
| Luxe Operating LLC |
| Lynx Oklahoma Operating, LLC |
| Manti Tarka Permian Operating, LLC |
| Marathon Oil Company |

Exhibit 5 - Schedule G

| |
|---|
| Matador Production Company |
| Maverick Natural Resources LLC/formerly Breitburn |
| MDC Energy LLC |
| Midstates Petroleum Company, LLC |
| Mission Creek Resources, LLC |
| Murphy Exploration & Production Company- USA |
| Nadel and Gussman, LLC |
| Nearburg Producing Company |
| Nelson Energy |
| New Century Exploration, Inc |
| Newfield Exploration Company |
| Newfuture/Ledlow Services |
| Newpark Drilling Fluids LLC |
| NOV/National Oilwell Varco, LP* |
| Oasis Petroleum Permian LLC |
| PDC Energy , Inc |
| Paloma Operating Company, Inc. |
| Pacific Energy Development aka Ridgeway Arizona Oil or EOR Operating Comp |
| Pardus Oil & Gas |
| Parsley Energy Operations, LLC |
| Pegasus Optimization Managers, LLC |
| Penn Virg |
| Performance Proppants |
| Petro-Chem Operating Company |
| Petro-Hunt, LLC. |
| PetroTech Solutions, LLC |
| Pine Wave Energy Partners Operating, LLC |
| Pioneer Natural Resources USA, Inc. |
| Prime Rock Resources LA, LLC |
| Protégé Energy III LLC |
| Pursuit Oil & Gas,  LLC |
| Quantum Resources Management LLC/Breitburn/MAVERICK |

Exhibit 5 - Schedule G

| |
|---|
| Range Resources- Louisiana, Inc. |
| Rebellion Energy, LLC |
| Revolution Resources, LLC* |
| Riley Permian Operating Company, LLC |
| Ring Energy, Inc |
| R. Lacy Services, Ltd. |
| Roan Resources, LLC |
| Rockcliff Energy Management, LLC |
| Rosehill Operating Company, LLC |
| Rosetta Resources Operating, LP |
| Sable Permian Resources Land, LLC |
| Samson Resources Company |
| Sandridge Energy Inc. |
| Scala Energy Operating, LLC |
| Schlumberger Marketplace (Geometric Results, Inc) |
| Scientific Drilling International, Inc |
| Select Energy Services, LLC |
| Sheridan Production Company, LLC |
| SK Plymouth, LLC |
| SM Energy Company |
| South Oil, Inc |
| Spartan Energy Servcies, LLC* |
| Spur Energy Partners, LLC |
| Stonegate Production Company LLC |
| Stat Oil & Gas LP |
| Stellar Drilling Fluids, LLC |
| Strike, LLC* |
| Tactical Operating Company, LLC |
| Tanos Exploration II, LLC |
| Tap Rock Operating, LLC |
| Tara Energy Services, INC. |
| Targa Resources |

| |
|---|
| Teal Operating, LLC |
| Tecolote Energy Operating, LLC * |
| Tellurian Operating LLC |
| Tower Oilfield Services, LLC |
| Transpacific Energy, LLC |
| Treadstone Energy Partners Operating, LLC* |
| Trinity Operating (USG), LLC |
| Triumph Energy Partners, LLC |
| Unit Corporation |
| Universal Fluid Serivices LLC* |
| Upcurve Energy, LLC* |
| US Energy Development Corporation |
| Vanguard Operating, LLC |
| Venado Oil & Gas, LLC |
| Vine Oil & Gas LP |
| Vitruvian Exploration IV, LLC |
| VT Halter Marine, INC. |
| WellBenders Directional Services, LLC* |
| WESCO Operating, Inc |
| Winchester Energy, LLC* |
| Wizards Trucking |
| Worley Energy Chemical Resources |
| RKI Exploration & Production, LLC (WPX) |
| WTS Energy USA, LLC |
| WTX Gryphon Holdings, LLC |
| XCL RESOURCES, LLC |
| XTO Energy Inc. |

Exhibit 5 - Schedule G