Exhibit 6 - SOFA, #3

# RWDY, INC

## March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **2640 YOUREE DRIVE** | 29,250.00 |
| **AARON HOWTON** | 8,250.56 |
| **AARON MUELLER** | 27,285.00 |
| **ADAM QUINN** | 22,572.40 |
| **ADRIAN AGUILAR - LLC** | 14,307.80 |
| **ADRIAN VASQUEZ - LLC** | 54,076.75 |
| **ALBERTO AVILA** | 20,571.40 |
| **ALLAN MERRILL** | 20,467.04 |
| **ALLEN GILMORE--LLC** | 65,396.66 |
| **ALLEN MERCER** | 34,800.00 |
| **AMERICAN EXPRESS BLACK CARD ONLINE** | 56,130.52 |
| **AMERICAN EXPRESS PLATINUM** | 32,451.74 |
| **ANDRES FUENTES** | 25,829.44 |
| **ANDREW HILL** | 106,299.00 |
| **ANTHONY BOLIN** | 4,755.00 |
| **ANTHONY CASALE -LLC** | 15,712.00 |
| **ANTHONY MAHR** | 28,677.74 |
| **ANTHONY YOUNG** | 31,509.00 |
| **ANTWAINE KIBBLE** | 27,798.00 |
| **ANYTHING GOES CATERING** | 5,486.89 |
| **ARMANDO HOGUE** | 32,091.25 |
| **ARNOLD WEEMS JR--SCORP** | 16,920.00 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| ARTHUR MONTOYA JR | 24,914.00 |
| AVERY SKEETER GRAVES III | 15,620.00 |
| AXA EQUITABLE | 2,716.05 |
| BARITZ & COLMAN LLP | 25,000.00 |
| BARRY HEBERT | 15,450.00 |
| BARRY MAILLET | 8,625.56 |
| BARRY MEARS - LLC | 32,066.68 |
| BART TREVINO | 6,279.72 |
| BEAU CRAMER - LLC | 20,244.48 |
| BEN MCCORMICK - INC | 2,944.00 |
| BENNIE COATES | 15,675.00 |
| BERT TURNAGE | 92,736.00 |
| BFDS | 803.28 |
| BIG LAND LLC | 3,614.00 |
| BILL BENNIS | 30,780.00 |
| BILL PARKS | 18,456.16 |
| BILLY ABERCROMBIE | 12,675.00 |
| BILLY J. SANDERS | 31,031.62 |
| BILLY WATSON | 68,400.00 |
| BILLY YOUNG | 33,258.00 |
| BLAKE FENN | 11,548.29 |
| BLAKE HOGG | 32,231.22 |
| BLAKE VINES | 3,495.45 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **BLUE CROSS BLUE SHIELD** | 172,989.55 |
| **BOBBY PAGE** | 41,459.80 |
| **BOBBY RAINBOLT** | 93,776.00 |
| **BOBBY VIGIL** | 28,342.00 |
| **Bossier Federal Credit Union** | 7,468.09 |
| **BOYD JACKSON - CHECK** | 14,625.18 |
| **BRAD BECKWITH - LLC** | 51,440.00 |
| **BRAD BOONE-LLC** | 44,042.38 |
| **BRAD MCKNIGHT** | 33,254.34 |
| **BRAD VISE** | 5,589.02 |
| **BRAD WELCH** | 16,200.00 |
| **BRADY TANNER** | 1,720.00 |
| **BRANDON CHANDLER** | 17,978.54 |
| **BRANDON HODGES - LLC** | 81,944.75 |
| **BRANDON PATTON - INC** | 20,464.02 |
| **BRENDAN WATTERS- PAID VIA WIRE** | 84,318.16 |
| **BRENT FITZGERALD** | 34,837.49 |
| **BRENT HARRIS** | 23,500.00 |
| **BRETT DUPRE** | 51,996.00 |
| **BRIAN CROWE** | 28,225.00 |
| **BRIAN JOLLY** | 22,213.76 |
| **BRIAN JONES** | 85,728.00 |

# RWDY, INC
# 1099 Summary

### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **BRIAN MALONE S-CORP** | 20,526.17 |
| **BRIAN MARTIN** | 15,125.00 |
| **BRIAN TAYLOR** | 31,582.36 |
| **BRIDGING BORDERS** | 1,299.00 |
| **BRUCE WADE** | 9,870.56 |
| **BRYAN BUTTS** | 40,665.05 |
| **BRYAN SELF** | 32,903.57 |
| **BUSINESS ADMINISTRATORS** | 36,443.88 |
| **CALEB WILLIAMS** | 11,309.98 |
| **CALVIN STOKER** | 55,500.00 |
| **CARLAN HAGAN** | 59,013.15 |
| **CARLOS ALTAMIRANO** | 62,510.00 |
| **CARLOS VILLEGAS** | 48,174.14 |
| **CASEY JOHNSON** | 7,192.56 |
| **CASEY JONES** | 23,292.62 |
| **CASEY KIRKPATRICK** | 23,844.72 |
| **CASEY MORGAN** | 33,200.00 |
| **CASEY STARKS** | 19,600.00 |
| **CASEY WOOD** | 127,846.25 |
| **Cashier, Texas Workforce Commission** | 1,771.64 |
| **CECIL 'DANNY' SNEED** | 31,410.00 |
| **CECIL FELLOWS** | 17,000.00 |
| **CENTURYLINK** | 0.00 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **CHAD DEAVER** | 39,989.80 |
| **CHAD HAYDEN** | 1,162.72 |
| **CHAD KENNEMER** | 30,544.00 |
| **CHAD SHIVERS** | 12,521.38 |
| **CHAD WOOD** | 20,994.00 |
| **CHAD ZAMAZAL** | 28,687.82 |
| **CHARLES BELLINGER** | 6,167.34 |
| **CHARLES D'ANZA** | 28,500.00 |
| **CHARLES DEARDOFF- S CORP** | 95,439.25 |
| **CHARLES GRAVES** | 27,409.40 |
| **CHARLES HUTTO** | 47,907.00 |
| **CHARLES RENNER** | 27,721.00 |
| **CHARLIE CARTER - LLC** | 8,039.74 |
| **CHARLIE LARA** | 12,291.86 |
| **CHARLIE MUZZY** | 91,080.00 |
| **CHASE WHITEHORN** | 70,930.00 |
| **CHRIS ARCHIBALD** | 8,223.21 |
| **CHRIS BLACKWELL- CJOB** | 11,396.38 |
| **CHRIS GRAY** | 17,679.12 |
| **CHRIS HACKNEY** | 33,692.76 |
| **CHRIS HUDSON** | 35,656.09 |
| **CHRIS LAMBERT** | 80,226.00 |

# RWDY, INC
# 1099 Summary

### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| CHRIS LOPEZ | 6,749.52 |
| CHRIS NEEDHAM | 122,922.63 |
| CHRIS ONEAL | 42,700.00 |
| CHRIS TIPPEN | 11,105.54 |
| CHRISTOPHER D TEMPLE | 22,565.00 |
| CHRISTOPHER GUIDROZ | 11,584.00 |
| CHRISTOPHER MOORE | 22,300.00 |
| CHRISTOPHER MOORE - 2ND ACCOUNT | 4,000.00 |
| CHRISTOPHER VENNEMAN | 38,760.00 |
| CHUCK BURLESON | 29,790.00 |
| CHUCK SHAMSIE | 20,043.00 |
| CHUCK TAYLOR | 71,748.96 |
| CIGNA | 49,885.23 |
| CLAY DRAKE | 14,550.20 |
| CLAY HARRIS S-CORP | 27,478.90 |
| CLAYTON CHRISTENSEN | 34,160.61 |
| CLAYTON HABEKOTT | 50,150.10 |
| CLAYTON KNELLINGER | 76,557.96 |
| CLAYTON WRIGHT | 11,690.00 |
| CLINT LERCH - LLC | 74,950.00 |
| CLINT STEWART | 35,259.66 |
| CLINTON INGRAM | 28,800.00 |
| CODY DAVIS | 12,740.00 |

**RWDY, INC**
# 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| **CODY WOODS SR** | 42,630.18 |
| **COLBY LOOMIS** | 19,493.84 |
| **COLIN WILSON** | 10,478.00 |
| **COLORADO DEPARTMENT OF REVENUE** | 4,093.00 |
| **COMPLETION TECH LLC** | 822,627.80 |
| **CONNOR TUBMAN - WIRE** | 17,066.00 |
| **CORDERO LEYVA** | 41,489.86 |
| **COREY BRAGG** | 22,077.26 |
| **CORTEX BUSINESS** | 244.92 |
| **CULLIN MCMINN** | 27,758.75 |
| **CURTIS COMBS - LLC** | 1,039.50 |
| **CURTIS NICHOLSON** | 87,432.88 |
| **DALE HAYES** | 406.80 |
| **DALE JAMES** | 25,983.04 |
| **DALE SULLINS- check** | 49,932.00 |
| **DANIEL AGUAYO** | 22,157.96 |
| **DANIEL O'NEAL - INC** | 11,851.00 |
| **DANIEL TORRES** | 14,747.50 |
| **DANNY SARGENT - LLC** | 22,725.00 |
| **DARREN HALL -WIRE** | 64,800.00 |
| **DARRON KILLEN** | 22,522.64 |
| **DARYL BARBEROUSSE** | 8,850.16 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| **DAVE RASK** | 9,657.44 |
| **DAVID BELL** | 11,634.36 |
| **DAVID BLANKINSHIP - LLC** | 47,610.00 |
| **DAVID CASTILLO - LLC** | 74,995.00 |
| **DAVID COX** | 5,025.20 |
| **DAVID GLENN CULPEPPER** | 40,081.74 |
| **DAVID HARVEY** | 19,719.12 |
| **DAVID HEMINGSON - wire** | 45,360.00 |
| **DAVID HOLLEY - CORP** | 13,785.40 |
| **DAVID KNIPPERS** | 3,312.00 |
| **DAVID ORTIZ** | 6,559.20 |
| **DAVID RIVERS** | 48,485.36 |
| **DAVID SANDOVAL** | 9,389.26 |
| **DAVID VILLO** | 17,867.78 |
| **DEAN FRAKES** | 9,066.00 |
| **DEAN LITTLE** | 12,090.00 |
| **DEREK RADICH - LLC** | 28,872.50 |
| **DEVON SHARPE-WIRE** | 85,644.68 |
| **DIRK LEBLANC** | 11,945.00 |
| **DOMINGO LOPEZ** | 107,373.00 |
| **DON PAUL MIZELL** | 59,754.00 |
| **DONALD BICE** | 57,366.00 |
| **DONALD HABERTHUR** | 26,824.00 |

**RWDY, INC**
# 1099 Summary
### March 17 through June 17, 2020
TOTAL

Exhibit 6 - SOFA, #3

| | |
|---|---|
| **DONALD MCCOY** | 18,054.20 |
| **DONNIE OGDEN** | 87,829.60 |
| **DOUG OLDHAM** | 20,037.26 |
| **DOUG WITHERS** | 62,933.90 |
| **DOUGLAS FINLEY** | 14,609.23 |
| **DUSTIN BREAUX** | 30,846.00 |
| **DUSTIN CUMBERLAND** | 55,778.18 |
| **DUSTIN EWALT** | 9,777.50 |
| **DUSTIN MOORE** | 9,906.25 |
| **DUSTY FRY** | 7,951.42 |
| **DWIGHT CAMP** | 9,654.28 |
| **EDDIE CHARLES** | 32,909.00 |
| **EDGAR CUERVO** | 20,500.12 |
| **EDGAR PALACIOS** | 25,000.00 |
| **EDWARD STEPHENS** | 11,767.00 |
| **ELLIOTT STANBERRY** | 75,571.38 |
| **EMANUEL HARTMAN** | 61,623.24 |
| **ERIC EADY** | 49,770.25 |
| **ERIC FLINN** | 66,820.10 |
| **ERIC HARDING** | 21,849.52 |
| **ERICH OUELLETTE** | 54,966.00 |
| **ESSIE 'BEAR' GUIDRY** | 65,825.50 |

# RWDY, INC
## 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **ETHAN GILBERG-WIRE** | 51,300.00 |
| **FAUSTINO ALANIZ - LLC** | 47,402.48 |
| **FEDERICO DOMINGUEZ** | 20,978.64 |
| **FELIX PEREZ** | 11,911.68 |
| **FIRST INSURANCE FUNDING CORP** | 171,907.57 |
| **FLOWBACK SERVICES LLC** | 739,514.75 |
| **FORESTER COOKE** | 10,238.42 |
| **FRANCIS DEROUEN** | 11,472.00 |
| **FRED POE** | 9,561.90 |
| **FREDDIE FREEMAN** | 7,577.60 |
| **FREDERICK MUEHLEN** | 40,382.50 |
| **GABRIEL DAVILA** | 477.44 |
| **GABRIEL LAGRANGE** | 76,053.34 |
| **GARRET MADELL-wire** | 37,620.00 |
| **GARRETT GUILLOTTE** | 10,084.74 |
| **GARY DYE** | 56,800.00 |
| **GARY FATHEREE** | 79,000.00 |
| **GARY PATCHIN** | 115,155.34 |
| **GARY WEST** | 97,740.99 |
| **GENE WEBB** | 23,880.08 |
| **GERARD DINN - DO NOT USE** | 20,333.28 |
| **GERARD DINN - LLC (WIRE)** | 69,557.32 |
| **GLEN MOORING** | 29,840.50 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **GLENN KELLEY - LLC** | 7,126.60 |
| **GORDON MAILLET** | 9,177.52 |
| **GORDON POSS** | 122,370.71 |
| **GRADY LENAMOND** | 15,670.72 |
| **GREG BURLEY** | 35,053.44 |
| **GREG MULLENS** | 84,215.83 |
| **GREGORY RUGE LLC** | 72,990.00 |
| **GUY LITSTER** | 34,871.78 |
| **HAROLD LOVELL** | 10,432.00 |
| **HEATH HULIN** | 1,146.02 |
| **HERSHEL SULLIVAN -LLC** | 65,424.00 |
| **HUNTER ASHLEY** | 23,396.22 |
| **IAIN NAFE** | 90,287.28 |
| **JACK WATKINS** | 3,028.55 |
| **JAMES 'BUCK' NELSON** | 71,765.40 |
| **JAMES BROWNING** | 19,390.17 |
| **JAMES BUTCHER** | 23,500.00 |
| **JAMES BUTLER** | 28,070.00 |
| **JAMES GREG DEER - LLC** | 135,757.28 |
| **JAMES KINNEY** | 36,633.28 |
| **JAMES KUNTZ** | 17,690.78 |
| **JAMES LAKEY - LLC** | 12,579.44 |

**RWDY, INC**
# 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| JAMES LANCE IRVIN | 32,355.00 |
| JAMES LEE HASKINS | 53,868.78 |
| JAMES MASTERS | 76,910.71 |
| JAMES ORR | 73,811.00 |
| JAMES WATTS | 35,795.44 |
| JARED DOUGHTY | 46,776.00 |
| JASON ALANIZ | 1,639.92 |
| JASON CARNLINE | 14,175.23 |
| JASON GREGOIRE | 99,697.60 |
| JASON HOFFMAN | 32,486.12 |
| JASON JAHNER - wire | 17,800.00 |
| JASON MARTIN- check | 59,915.00 |
| JASON MOORE | 23,956.54 |
| JASON MURPHY LLC | 11,704.16 |
| JASON O'DELL | 10,384.04 |
| JASON PIPPIN | 39,871.04 |
| JASON REDMAN | 32,587.46 |
| JASON TODD | 20,020.94 |
| JASON TOWNSEND INC. | 113,189.00 |
| JASON WILLIAMS-JJCW | 24,822.40 |
| JASON WILLIAMS - JKW | 69,657.13 |
| JAY TEPFER | 16,437.50 |
| JAY WATSON | 50,293.23 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| JB HARRINGTON | 10,617.40 |
| JEFF DAVIS | 13,925.00 |
| JEFF MANNING | 19,359.40 |
| JEFF MERCHANT | 6,379.80 |
| JEFF MILLIORN | 48,275.00 |
| JEFF RAINWATER | 35,401.48 |
| JEFFEREY SMITH | 6,968.96 |
| JEFFERY COX-30% | 6,085.75 |
| JEFFERY COX-70% | 14,200.09 |
| JEREMIAH SHEAD | 24,200.96 |
| JEREMY MILLER | 21,182.68 |
| JEREMY NORRIS - CHECK | 94,419.00 |
| JEREMY ROACH | 54,518.72 |
| JEREMY WILSON | 42,614.16 |
| JERIMY NINO | 19,190.00 |
| JERRY ABRAMS | 21,864.00 |
| JERRY FLOWERS | 38,008.01 |
| JERRY MONNIN - CORP | 108,796.78 |
| JERRY O'BRYAN | 11,014.54 |
| JERRY REPETOWSKI | 77,400.00 |
| JERRY STEWART | 19,500.00 |
| JERRY THOMAS S-CORP | 91,264.00 |

Exhibit 6 - SOFA, #3

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

|  | TOTAL |
|---|---|
| JERRY TWINER | 10,000.00 |
| JESSE AGUILAR | 17,934.00 |
| JESSE MALDONADO | 29,363.93 |
| JESSE RAY | 15,071.72 |
| JESSIE ROCKETT - LLC | 60,487.56 |
| JIM WATSON | 16,879.50 |
| JIMMIE HENDRIX | 17,998.28 |
| JIMMY HUBER | 65,800.00 |
| JIMMY TRUETT | 7,360.00 |
| JOE EIDE | 48,159.76 |
| JOE RAY | 48,243.10 |
| JOEL BUSBY | 45,078.64 |
| JOEL GARDNER JR | 25,130.40 |
| JOEY JOHNSON | 48,900.00 |
| JOHN BAILEY | 14,932.00 |
| JOHN CHARRIER - LLC | 22,320.00 |
| JOHN CROOKS | 112,935.00 |
| JOHN DAVIS | 79,400.00 |
| JOHN FIGURELLI | 55,792.00 |
| JOHN KLOFT | 16,675.00 |
| JOHN MASK | 8,860.96 |
| JOHN MOFFORD-Wire | 89,160.72 |
| JOHN R. AKINS | 12,739.12 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| JOHN TURNER-CLASS JON | 1,639.92 |
| JON PIERCE | 820.16 |
| JONATHAN BEENEY S-CORP | 43,112.16 |
| JONATHAN BUTTERFIELD - LLC | 29,874.31 |
| JONATHAN CURTICE | 24,000.00 |
| JONATHAN WEISHOFF | 22,500.00 |
| JOSE CASTANEDA | 67,511.00 |
| JOSEPH HICKS | 11,408.00 |
| JOSEPH KAUFMAN | 19,889.44 |
| JOSEPH MCLINDEN | 46,785.18 |
| JOSEPH MILLER | 62,480.00 |
| JOSH BEASLEY | 24,297.96 |
| JOSH PILKIN | 11,040.48 |
| JOSH SHAW | 84,747.36 |
| JOSHUA GANDY | 10,115.36 |
| JOSHUA JESENSKY | 25,717.90 |
| JOSHUA LANE | 5,235.28 |
| JR FLORES- check | 2,049.16 |
| JUAN LUEVANO | 18,700.00 |
| JUAN RIVERO | 47,747.20 |
| JUD MCLEOD | 39,808.00 |
| JUDE CORMIER | 171,654.00 |

**RWDY, INC**
# 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| **JUNIOR ROBINSON - LLC** | 30,740.37 |
| **JUSTIN HAMILTON** | 2,689.00 |
| **JUSTIN LAGRANGE** | 25,374.00 |
| **JUSTIN LEBLEU** | 14,503.84 |
| **JUSTIN MEYER** | 9,849.00 |
| **JUSTIN PIERCE** | 34,159.44 |
| **JUSTIN POWERS** | 40,500.00 |
| **JUSTIN RANEY** | 16,596.08 |
| **JUSTIN SOURS** | 74,825.28 |
| **KARL VIATOR** | 32,294.72 |
| **KAYLYN NOAD - Check Only** | 56,441.88 |
| **KEITH BAKER** | 48,852.02 |
| **KEITH BURNITT** | 28,952.00 |
| **KELLY DENNINGTON - LLC** | 18,627.52 |
| **KELLY KOSOLOFSKI** | 29,500.00 |
| **KENNETH A LOWERY** | 50,750.00 |
| **KENNETH DABNEY** | 18,135.00 |
| **KENNETH GRABER JR** | 55,033.20 |
| **KENNETH OLTMAN** | 33,350.00 |
| **KENNETH TURNER** | 13,633.48 |
| **KENNETH TURPIN** | 13,515.32 |
| **KENNETH VARNADO** | 23,772.00 |
| **KEVIN BERGERON** | 23,253.59 |

# RWDY, INC
# 1099 Summary

### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **KEVIN BRAKOVEC** | 10,479.84 |
| **KEVIN BUCHANAN** | 12,851.54 |
| **KEVIN COLLINS-LLC** | 13,010.56 |
| **KEVIN HINRICHS** | 43,470.00 |
| **KEVIN JONES - CLASS KNJS** | 49,387.76 |
| **KEVIN MILLER** | 31,054.38 |
| **KEVIN PARKER - LLC** | 94,280.00 |
| **KEVIN TECH** | 8,199.44 |
| **KIAH PORTER - LLC** | 69,775.00 |
| **KIM MARMON - S CORP** | 23,589.52 |
| **KINNEY GRANGER** | 7,360.00 |
| **KIRBY LEE S-CORP** | 95,027.88 |
| **KLAYTON CASSITY** | 15,120.00 |
| **KODY PHILLIPS** | 47,520.00 |
| **KOLBY FITZGERALD** | 19,328.78 |
| **KYLE BAKER - INC** | 26,083.02 |
| **KYLE GRAVES** | 80,566.89 |
| **KYLE HASTINGS** | 10,035.00 |
| **KYLE HOLOMON** | 26,313.66 |
| **KYLE ROBINSON** | 1,639.92 |
| **LANCE REICHE** | 44,784.00 |
| **LANCE STORY** | 61,320.00 |

# RWDY, INC
## 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **LANCE VAUGHAN** | 108,681.25 |
| **LANZ CIECKIEWICZ** | 52,622.00 |
| **LARRY BURGESS** | 32,609.44 |
| **LARRY ISLES** | 12,295.76 |
| **LARRY POWELL** | 24,799.34 |
| **LARRY SHEAD** | 24,200.96 |
| **LARRY SMITH** | 1,890.00 |
| **LARRY WILHELM - 2ND ACCOUNT** | 2,500.00 |
| **LARRY WILHELM - Chase** | 11,125.68 |
| **LAW OFFICES OF DAVID E PRICE, PC** | 3,800.00 |
| **LEE BARRON** | 22,934.70 |
| **LEE LAWRENCE** | 53,200.00 |
| **LEOBARDO RIOS** | 1,229.92 |
| **LEONARD DALE SPURLOCK JR** | 32,528.75 |
| **LES GREEN** | 36,161.36 |
| **LESLIE SHAW** | 15,498.16 |
| **LOGAN CARPENTER** | 35,595.36 |
| **LOGAN EASTER** | 64,390.00 |
| **LONNIE BURKETT** | 68,960.00 |
| **LOUIS ALVAREZ** | 1,550.08 |
| **Louis Fry - Corp** | 3,600.00 |
| **LOUISIANA DEPT OF REVENUE** | 5,844.88 |
| **LOYD LOWE** | 26,249.52 |

# RWDY, INC
# 1099 Summary

### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **LUCAS CECCONE** | 11,800.24 |
| **MARCUS QUALLS** | 2,276.39 |
| **MARIO MARIN - CHECK** | 16,449.60 |
| **MARIONEAUX & WILLIAMS LLC** | 100,000.00 |
| **MARK CHILDERS** | 13,720.32 |
| **MARK HILL** | 54,768.00 |
| **MARK LAPRAIRIE** | 1,840.00 |
| **MARK MEADOR** | 16,050.32 |
| **MARK SYMNS** | 57,100.00 |
| **MARK WESTERMAN - LLC** | 43,119.00 |
| **MARTIN MOSS** | 32,625.00 |
| **MATT EDWARDS - LLC** | 52,818.00 |
| **MATT HODGES** | 17,186.89 |
| **MATT MERRITT** | 102,686.30 |
| **MATT MOFFORD** | 93,573.12 |
| **MATTHEW BRUNET** | 91,475.10 |
| **MATTHEW MANGUM - SCorp** | 34,113.84 |
| **MATTHEW PUCKETT** | 600.00 |
| **MATTHEW STROUD** | 18,209.40 |
| **MICAH DANIELS** | 17,090.62 |
| **MICAH HELWEG** | 35,600.08 |
| **MICHAEL ABSHER** | 9,932.96 |

**RWDY, INC**
# 1099 Summary
### March 17 through June 17, 2020
TOTAL

| | |
|---|---|
| **MICHAEL BAILIFF** | 17,424.98 |
| **MICHAEL BEITEL** | 21,400.96 |
| **MICHAEL BREAUX - LLC** | 43,983.00 |
| **MICHAEL EATON** | 21,380.00 |
| **MICHAEL HABEKOTT** | 61,590.00 |
| **MICHAEL HEWITT** | 46,440.00 |
| **MICHAEL HOLLAND** | 26,862.00 |
| **MICHAEL LINAHAN** | 26,914.00 |
| **MICHAEL LINDELL - LLC** | 9,645.92 |
| **MICHAEL MEYERS** | 37,393.60 |
| **MICHAEL SIMPSON** | 33,771.34 |
| **MICHAEL THOMPSON** | 30,958.00 |
| **MICHAEL VANSTON** | 15,958.88 |
| **MICKEY ARTHUR** | 54,221.00 |
| **MIKE BRASWELL - LLC** | 19,439.25 |
| **MIKE EWING** | 690.00 |
| **MIKE GARCIA** | 22,765.00 |
| **MIKE J. CARTER-LLC** | 10,822.40 |
| **MIKE KENNY** | 26,351.92 |
| **MULTI-WELL LLC** | 1,151,893.09 |
| **MYRON DICK** | 5,600.48 |
| **NADINE SHILLINGFORD** | 5,506.20 |
| **NATHAN CALZADA** | 4,935.28 |

# RWDY, INC
## 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| **NATHAN MICHAEL FINCHER** | 39,193.52 |
| **NATHAN MOORE** | 21,571.00 |
| **NELSON JAMES-LLC** | 6,950.00 |
| **NEW MEXICO TAX REVENUE CRS** | 154,870.81 |
| **NICHOLAS HARKLEROAD** | 50,996.40 |
| **NICHOLAS SOILEAU** | 12,438.96 |
| **NICK BARNES -LLC** | 58,500.00 |
| **NICK ROGERS LLC** | 67,296.32 |
| **NICK STEPHENS** | 37,591.98 |
| **NICK THOMASON** | 12,127.60 |
| **NICOLE BECENTI** | 38,131.44 |
| **OKLAHOMA TAX COMMISSION** | 972.00 |
| **PARKER SHAW** | 2,869.52 |
| **PATRICK ROSZELL** | 68,083.50 |
| **PAUL ALVERAZ** | 49,500.00 |
| **PAUL PURLIA** | 12,996.64 |
| **PAUL RADICKE** | 89,560.50 |
| **PAYAB VICHAYA** | 7,656.00 |
| **PHILIP FAMBRO** | 9,750.40 |
| **PHILIP LEAKE** | 26,811.74 |
| **PHILLIP E HAIL** | 77,155.00 |
| **PHILLIP PALMER** | 4,229.68 |

# RWDY, INC
# 1099 Summary

### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **PIERRE CASTRO** | 37,620.00 |
| **PROFESSIONAL DRILLING SERVICES LLC** | 1,066,537.86 |
| **PUSHER LLC** | 901,081.91 |
| **RACKBACK SERVICES LLC** | 1,550,123.85 |
| **RAINEY SCHEXNIDER** | 31,031.00 |
| **RALPH BENOIT** | 30,229.00 |
| **RAND KERRY** | 25,187.22 |
| **RANDY DOLCATER** | 51,997.00 |
| **RANDY FINLEY** | 99,494.00 |
| **RANDY HUNTER** | 24,315.96 |
| **RANDY MCNABB** | 897.26 |
| **RAUL HINOJOS JR.** | 40,983.15 |
| **RAYMOND KEY** | 27,211.25 |
| **RAYMOND SHOALMIRE - CORP** | 88,681.96 |
| **RBM LLP** | 118,105.48 |
| **REED BOYKIN** | 28,274.40 |
| **RENELL SCHUMAN** | 24,570.22 |
| **REX GUZZARDO LLC** | 17,774.28 |
| **RICHARD BLACK-LLC** | 33,876.54 |
| **RICHARD BORNER** | 28,324.00 |
| **RICHARD HALL** | 11,060.00 |
| **RICHARD MARTIN** | 22,831.74 |
| **RICHARD MOSLEY** | 24,779.04 |

# RWDY, INC
# 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| **RICHARD PARKER** | 19,832.00 |
| **RICHARD STEINER** | 9,996.88 |
| **RICHARD WATERS JR.** | 11,249.04 |
| **RICHARD WHALEN** | 61,540.32 |
| **RICKEY TEAFATILLER** | 19,525.00 |
| **RICKY KNOX** | 40,701.76 |
| **RILEY MOORE** | 29,102.24 |
| **RISK SERVICES OF LOUISIANA** | 1,052.00 |
| **ROBBIE BAKER** | 33,600.00 |
| **ROBBIE MATHES** | 11,275.00 |
| **ROBERT B. CHRISTIAN** | 25,728.00 |
| **ROBERT BEAUCHAMP** | 7,150.40 |
| **ROBERT DEMPSEY** | 14,548.07 |
| **ROBERT EYE** | 50,950.00 |
| **ROBERT JERNIGAN** | 28,071.72 |
| **ROBERT JORDAN** | 23,396.00 |
| **ROBERT LAMBRIGHT** | 15,750.00 |
| **ROBERT NEW** | 38,800.22 |
| **ROBERT NICHOLS** | 79,933.50 |
| **ROBERT PAUL JR.** | 14,050.60 |
| **ROBERT RICHARDSON-LLC** | 23,579.92 |
| **ROBERT SANGWIN JR.** | 14,619.92 |

**RWDY, INC**
# 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| **ROBERT SMITH-LLC** | 29,252.36 |
| **ROBERT VILLARREAL** | 22,820.00 |
| **ROBERT W. RALEY, ESQ - WT** | 100,000.00 |
| **ROD MCDANIEL** | 81,232.10 |
| **RODRICK FORD** | 31,493.67 |
| **ROGER DEATHERAGE** | 16,102.87 |
| **ROGER WALTERS** | 32,038.16 |
| **ROLANDO MAGGIORANI** | 18,486.18 |
| **RON ABSHIRE** | 1,400.00 |
| **RON GREGG** | 1,931.76 |
| **RON KASSLER** | 2,800.00 |
| **RONNIE HALCOMB** | 42,000.00 |
| **RONNIE JUSTICE** | 33,531.88 |
| **RONNIE OLIVER LLC** | 29,901.90 |
| **RONNIE TARVER** | 64,188.75 |
| **RUDY PATINO** | 21,944.64 |
| **RUSSELL REITZ** | 27,340.16 |
| **RUSSELL SPECIA** | 26,846.84 |
| **RYAN DEAL** | 28,918.56 |
| **RYAN EUSTACE - LLC** | 34,933.00 |
| **RYAN SCHICK - WIRE** | 41,101.00 |
| **RYAN WEIMER** | 16,920.64 |
| **SAIF UDDIN** | 14,000.00 |

# RWDY, INC
## 1099 Summary
### March 17 through June 17, 2020

| | TOTAL |
|---|---|
| SATCHELL RAVELLI | 122,307.60 |
| SCOTT DOSS - INC | 32,634.24 |
| SCOTT DOUGHTY | 48,576.56 |
| SCOTT HORN | 13,650.48 |
| SCOTT HORN-DO NOT USE | 24,475.56 |
| SCOTT JONES | 61,396.00 |
| SCOTT MILLER | 63,192.25 |
| SCOTT PAKEBUSCH - LLC | 20,220.08 |
| SCOTT SAVOY | 24,138.71 |
| SEACOAST | 567,181.52 |
| SEAN BUHRER | 32,724.43 |
| SEAN MYERS | 110,568.50 |
| SETH HUFFINE | 33,275.00 |
| SHANE REYNOLDS | 61,444.00 |
| SHANE RICHARDSON-LLC | 70,600.00 |
| SHANNON BRAND | 34,492.25 |
| SHERMAN SMITH LLC | 113,000.00 |
| SPUD SYSTEMS LLC | 1,056,267.24 |
| STACY SMITH | 53,928.72 |
| STEVE COSHOW | 46,936.17 |
| STEVE DAVIDSON | 5,009.53 |
| STEVE MCNIEL - LLC | 63,546.00 |

# RWDY, INC
## 1099 Summary
### March 17 through June 17, 2020

Exhibit 6 - SOFA, #3

| | TOTAL |
|---|---|
| **STEVE SCOTT** | 77,727.25 |
| **STEVEN KIMMEL** | 2,725.76 |
| **TAB KEY** | 30,260.72 |
| **TARCZA & ASSOCIATES** | 340.00 |
| **TAYLOR HOLDEN-MCCARTY** | 8,856.88 |
| **TED LAPRARIE** | 76,385.00 |
| **TERRY B. WHITE - LLC** | 3,024.00 |
| **TERRY DAVIS** | 15,490.62 |
| **TERRY DOSHER** | 70,922.25 |
| **TERRY SMITH** | 6,908.40 |
| **TERRY THIBODEAU** | 46,026.80 |
| **THOMAS HAYS** | 23,832.50 |
| **THOMAS LENOIR** | 26,497.20 |
| **THOMAS LIVINGSTON** | 51,832.64 |
| **THOMAS SPECIA** | 20,566.60 |
| **TIM BOLING** | 21,249.99 |
| **TIM JOEL** | 13,800.72 |
| **TIM KOHLLEPPEL** | 23,100.00 |
| **TIM METRO** | 57,711.25 |
| **TIMOTHY BROWN** | 97,399.24 |
| **TIMOTHY DENNING** | 19,575.00 |
| **TIMOTHY MILAM** | 21,690.40 |
| **TIMOTHY RATHBUN** | 12,946.18 |

# RWDY, INC
# 1099 Summary

### March 17 through June 17, 2020
TOTAL

| | |
|---|---|
| **TITO VALERA** | 18,473.22 |
| **TJ JOHNS** | 48,711.11 |
| **TONY SMITH** | 26,085.60 |
| **TRACE CHAMBERLAIN - LLC** | 41,038.60 |
| **TRAVIS JORDAN** | 20,871.68 |
| **TRAVIS TUCKER** | 31,920.67 |
| **TRENT ROARK** | 53,200.00 |
| **TREY BRICE** | 11,406.43 |
| **TRIPPING LLC** | 741,240.54 |
| **TRISTAN COOPER - LLC** | 17,196.04 |
| **TROY BRYCE MORELAND** | 11,593.44 |
| **TRUMAN HACKMANN** | 4,026.00 |
| **TUCKER MCCONNELL-LLC** | 9,770.40 |
| **TY GLASER** | 25,767.02 |
| **TYLER MCCURDY** | 33,840.62 |
| **TYLER WARNER** | 43,100.40 |
| **TYSON OLSEN** | 24,399.76 |
| **UNITED STATES TREASURY** | 90,503.55 |
| **VENTURE GROUP CAPITAL, LLC - WIRE** | 70,000.00 |
| **VICTOR FELIX** | 18,706.72 |
| **VINCENT BETHUNE** | 32,481.43 |
| **WADE PREECE** | 23,621.61 |

# RWDY, INC
## 1099 Summary
**March 17 through June 17, 2020**

| | TOTAL |
|---|---|
| **WADE WOOD-LLC** | 79,291.75 |
| **WALT STEVENS** | 14,250.00 |
| **WALTER FREEMAN** | 73,319.75 |
| **WAYLAND MOFFETT** | 18,063.36 |
| **WAYNE HASKELL - CORP** | 5,000.80 |
| **WAYNE HOLT** | 35,460.88 |
| **WAYNE MCCARTY** | 11,460.96 |
| **WESLEY JEARDOE - LLC** | 32,384.00 |
| **WILL EVANS-WLE** | 28,201.12 |
| **WILLIAM CLIFTON** | 61,727.25 |
| **WILLIAM HALE - LLC** | 31,600.00 |
| **WILLIAM KEMP** | 50,414.97 |
| **WILLIAM PAHLON** | 44,025.00 |
| **WILLIAM REIMER** | 11,382.08 |
| **WILLIAM STAVINOHA** | 21,825.98 |
| **WILLIE "CK" KELLEY** | 21,221.49 |
| **WINFRED WARD** | 18,955.22 |
| **WIZARDS TRUCKING** | 1,181,448.34 |
| **YOU NAME IT SPECIALTIES** | 218.10 |
| **ZEB LEE** | 2,759.65 |
| **ZIPPER COMPLETION LLC** | 1,062,802.85 |
| **TOTAL** | **32,035,887.18** |