In re **RWDY, Inc.**     Debtor(s)     Case No. **20-10616**     Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F**

**Updated Claim Amount for Creditors listed below:**

1. EIN CAP, INC.
2. Fox Capital Group, Inc.
3. Mr Advance
4. Queen Funding
5. Tailored Fund Cap, LLC
6. Tiger Capital Group
7. Vernon

**Added Creditor:**
**Tap Rock Resources, LLC**
**c/o Holland & Hart LLP**
**110 North Guadalupe**
**Suite 1**
**Santa Fe, NM 87501**

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that on September 8, 2020, notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Served electronically through the court's ECF System at the email address registered with the court:**

**United States Trustee**
**Western District of Louisiana, Shreveport Division**
**USTPRegion05.SH.ECF@usdoj.gov**

**Richard Drew on behalf of U.S. Trustee Office of U. S. Trustee**
**richard.drew@usdoj.gov**

**All parties who requested notices pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.**

**And on the following by Prepaid First Class U.S. Mail addressed to:**

EIN CAP, INC.
160 Pearl Street
5th Floor
New York, NY 10005

Fox Capital Group, Inc.
300 E. 56th Street
Suite 6 J
New York, NY 10021

Mr Advance
35-12 19th Avenue
Suite 3W
Astoria, NY 11105

Queen Funding
101 Chase Avenue
Suite 208
Lakewood, NJ 08701

Tailored Fund Cap LLC
1967 Wehrle Drive
Suite 1 #086
Buffalo, NY 14221

Tiger Capital Group
99 Park Avenue
New York, NY 10016

**Vernon**
**99 Washington Avenue**
**Suite 1008**
**Albany, NY 12260**

**Tap Rock Resources, LLC**
**c/o Holland & Hart LLP**
**110 North Guadalupe**
**Suite 1**
**Santa Fe, NM 87501**

Date: **September 8, 2020**       **/s/ Robert W. Raley**
**Robert W. Raley, Esq.**
**290 Benton Spur Road**
**Bossier City, LA 71111**
**318-747-2230**
**bankruptcy@robertraleylaw.com**

**Fill in this information to identify the case:**

Debtor name: **RWDY, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION

Case number (if known): **20-10616**

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**PO Box 17087**<br>**Denver, CO 80217**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$393.00** | **$393.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**Ogden, UT 84201**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **2659**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**2018, 2019, 2020**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$52,011.15** | **$100.00** |
| 2.3 | Priority creditor's name and mailing address<br>**Louisiana Department of Revenue**<br>**POB 201**<br>**Baton Rouge, LA 70821**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **2659**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**2019 and 2020 Corporate withholding**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$7,500.00** | **$7,500.00** |

| Debtor | **RWDY, Inc.** | Case number (if known) | **20-10616** |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$439.94** | **$439.94** |

**Louisiana Workforce Commission**
**1001 North 23rd Street**
**Baton Rouge, LA 70802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**1st Quarter for 2020**

Last 4 digits of account number **4446**
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,794.58** | **$23,794.58** |

**New Mexico Sales Tax**
**1200 S St. Francies Drive**
**Santa Fe, NM 87504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$720.00** |

**Oklahoma Tax Commission**
**2501 North Lincoln Blvd.**
**Oklahoma City, OK 73194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,012.64** | **$2,012.64** |

**Texas Workforce Commission**
**12455 Beechnut**
**Houston, TX 77072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | RWDY, Inc. | Case number (if known) | 20-10616 |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>AXA Equitible Life Insurance<br>1290 Avenue of the Americas<br>14th Floor<br>New York, NY 10104 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,711.69** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** 401 (K) Plan | |
| | Last 4 digits of account number  RWDY, Inc. | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>BDO<br>1100 Peachtree Street NE<br>Suite 700<br>Atlanta, GA 30309 | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$418,939.35** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  RWDY, Inc. | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Blue Cross Blue Shield of Texas<br>PO Box 650615<br>Dallas, TX 75265 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,213.04** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  RWDY, Inc. | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Chase Bank<br>3033 Youree Drive<br>Shreveport, LA 71104 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$447,900.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** PPP Loan | |
| | Last 4 digits of account number  2659 | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>EIN CAP, INC.<br>160 Pearl Street<br>5th Floor<br>New York, NY 10005 | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$769,620.90** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  RWDY, Inc. | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Fox Capital Group, Inc.<br>300 E. 56th Street<br>Suite 6 J<br>New York, NY 10021 | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$889,000.52** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  RWDY, Inc. | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Jason Brazzel<br>1000 Chinaberry Road<br>Suite 303<br>Bossier City, LA 71111 | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$250,000 - $500,00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** Termination Rights under the Drill Pro Consulting, LLC Purchase and Sale Agreement under Article V Termination Rights. - See Exhibit 7 | |
| | Last 4 digits of account number  RWDY, Inc. | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | RWDY, Inc. | Case number (if known) | 20-10616 |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Lowery**<br>**1000 Chinaberry Road**<br>**Suite 303**<br>**Bossier City, LA 71111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Termination Rights under the Drill Pro Consulting, LLC Purchase and Sale Agreement under Article V Termination Rights. - See Exhibit 7**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Yet to Be Determined** |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Maureen Blackburn Jennings**<br>**Attorney at Law**<br>**4407 Blossom Street**<br>**Houston, TX 77007**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services rendered**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$6,522.75** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**McDermott, Will & Emery**<br>**PO Box 6043**<br>**Chicago, IL 60680**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$28,504.41** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Mr Advance**<br>**35-12 19th Avenue**<br>**Suite 3W**<br>**Astoria, NY 11105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$156,299.64** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Queen Funding**<br>**101 Chase Avenue**<br>**Suite 208**<br>**Lakewood, NJ 08701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$369,613.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Tailored Fund Cap LLC**<br>**1967 Wehrle Drive**<br>**Suite 1 #086**<br>**Buffalo, NY 14221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,529,688.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Tap Rock Resources, LLC**<br>**c/o Holland & Hart LLP**<br>**110 North Guadalupe**<br>**Suite 1**<br>**Santa Fe, NM 87501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **RWDY, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** **Third-Party Complaint - Case No. 2:20-cv-00170-WJ-CG**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Yet To Be Determined** |

| | | | |
|---|---|---|---|
| Debtor | **RWDY, Inc.**<br>Name | Case number (if known) | **20-10616** |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Tiger Capital Group**<br>**99 Park Avenue**<br>**New York, NY 10016** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$4,017,875.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  RWDY, Inc.** | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Vernon**<br>**99 Washington Avenue**<br>**Suite 1008**<br>**Albany, NY 12260** | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$2,530,614.50** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  RWDY, Inc.** | Is the claim subject to offset? ☑ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Stewart Robbins Brown & Altazan**<br>**301 Main Street, Suite 1640**<br>**PO Box 2348**<br>**Baton Rouge, LA 70821** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **THOMPSON & KNIGHT LLP**<br>**Attn: Lauren Timmons**<br>**One Arts Plaza**<br>**1722 Routh Street,Suite 1500**<br>**Dallas, TX 75201** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 86,871.31 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,185,502.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,272,374.11 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RWDY, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION |
| Case number (if known) | **20-10616** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 8, 2020**        X **/s/ Brian T. Owen**
                                       Signature of individual signing on behalf of debtor

                                       **Brian T. Owen**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor