## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

|  |  |  |
|---|---|---|
| **IN RE** | ) | **Case No.  20-10616** |
|  | ) |  |
| **RWDY, INC.** | ) | **Chapter 11** |
| **Debtor** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## FIRST AND FINAL APPLICATION FOR COMPENSATION FOR THE PERIOD OCTOBER 27, 2020 THROUGH JANUARY 21, 2021 FOR STOUT RISIUS ROSS, LLC

| Name of Applicant: | Stout Risius Ross, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of RWDY, Inc. | |
| **Date Order of Employment Signed:** | December 2, 2020 (Final Order [Dkt. No. 205]) | |
| | Beginning of Period | End of Period |
| **Time period covered by this Interim Application:** | October 6, 2020 | January 21, 2021 |
| **Total amounts awarded in all prior Applications:** | $0.00 | |
| **Total compensation requested in this Final Application:** | $28,200.50 | |
| **Total professional fees requested in this Final Application:** | $28,200.50 | |
| **Total actual professional hours covered by this Interim Application:** | 97.5 | |
| **Average hourly rate for professionals:** | $289.24 | |
| **Total paraprofessional fees requested in this Interim Application:** | N/A | |
| **Total actual paraprofessional hours covered by this Interim Application:** | N/A | |
| **Average hourly rate for paraprofessionals:** | N/A | |
| **Reimbursable expenses sought in this Interim Application:** | $0.00 | |
| **Date of Interim Application:** | N/A | |
| **Interim or Final** | Final | |

## INDEX OF EXHIBITS TO THE FINAL APPLICATION

| Exhibit | Description |
|---------|-------------|
| A | Billing Summary by Professional |
| B | Billing Summary by Project Task Code Category |
| C | Detail of Expenses |
| D | Detail of Time Entries |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| | ) | |
| **IN RE** | ) | **Case No. 20-10616** |
| | ) | |
| **RWDY, INC.** | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |
| | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION FOR COMPENSATION FOR THE PERIOD**
**OCTOBER 27, 2020 THROUGH JANUARY 21, 2021 FOR STOUT RISIUS ROSS, LLC**

**NOW INTO COURT**, comes Stout Risius Ross, LLC ("Stout" or "Applicant"), who files this first and final application ("Application") seeking entry of an order (a) allowing reasonable compensation in the amount of $28,200.50 for services performed by Stout incurred during the period October 27, 2020 through January 21, 2021 (the "Compensation Period"), and (b) authorizing RWDY, Inc. ("the Debtor") to pay such compensation.

## JURISDICTION

1.      This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory bases for the relief requested herein are Bankruptcy Code §§ 328(a) and 1103(a), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1(b)(1) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Western District of Louisiana (the "Local Rules").

## BACKGROUND

3.      On June 22, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Louisiana (the "Court").

4.      The Debtor continues to operate its business as a debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request has been made for the appointment of a trustee or an examiner.

5.      On July 15, 2020 (the "Formation Date"), the Acting United States Trustee for Region 5 (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to Bankruptcy Code section 1102. The Notice of Appointment of Unsecured Creditors' Committee (Rec. Doc. 86) was filed on July 15, 2020.

6.      On October 6, 2020, the Committee selected Stout to provide financial advisory services to the Committee.

7.      On January 21, 2021, the Debtor's plan of reorganization was confirmed.

## RETENTION OF STOUT RISIUS ROSS, LLC

8.      On October 26, 2020, the Committee submitted its *Application to Employ Stout Risius Ross, LLC as Financial Advisor to the Official Committee of Unsecured Creditors of RWDY, Inc.* (Dkt. No. 163) (the "Employment Application").

9.      Pursuant to Bankruptcy Rule 2014(a), the declaration of John D. Baumgartner is attached as Exhibit A to the Employment Application.

10.      On November 25, 2020, the Committee filed its *First Amended Application to Employ Stout Risius Ross, LLC as Financial Advisor to the Official Committee of Unsecured Creditors of RWDY, Inc.* (Dkt. No. 196).

11. On December 2, 2020, this Court approved the retention of Stout as financial advisor to the Committee (Dkt. No. 205).

## RELIEF REQUESTED

12. By this Application, Stout seeks (i) final allowance and award of compensation for the professional services rendered by Stout during the Compensation Period in the amount of $28,200.50, representing 97.5 hours of services in connection with the rendering of such services.

## SUMMARY OF SERVICES RENDERED

13. The Debtor's chapter 11 case presented complex issues that are common in cases of similar size. These issues had to be addressed in order to preserve and maximize value for all stakeholders. Stout seeks allowance of compensation for professional services rendered for and on behalf of the Committee during the Compensation Period.

14. A summary indicating all professionals who rendered services to the Debtor, their hourly billing rates, the amount of time spent by each individual, the total dollar value of fees by each professional and the overall average hourly rate charged during the Compensation Period is reflected in the application cover sheet and on **Exhibit A** attached hereto. A summary description, by task category, of the professional services rendered during the Compensation Period is attached hereto as **Exhibit B**.

15. Applicant's standard rates are commensurate with the level of experience and industry expertise of professionals at their respective levels of responsibility. Due to the unique facts and circumstances of this engagement, Applicant agreed to accept a modest discount to standard billing rates.

16. The most experienced professionals, who are considered industry experts, have the highest billing rates; those individuals are managing directors and their involvement in the

assignment is that of expert guidance and reviewer. Managing Directors have extensive professional experience as well as deep expertise in insolvency and distressed company valuation.

17. The next level of professionals includes Directors and Vice Presidents who have the day-to-day responsibility for assignments. Directors and Vice Presidents have at least ten years of experience in their respective areas of expertise.

18. Managers have at least seven years of professional experience and are responsible for various phases of assignments as delegated by the directors or vice presidents.

19. Analysts and Associates range in experience from one year to seven years. They perform field work and various financial and accounting functions as directed and delegated by the senior professionals.

20. The use of various levels of staff permits the work to be performed at the most efficient level, and consequently results in the least costly services to the Committee.

## COMPLIANCE WITH THE UNITED STATES TRUSTEE'S GUIDELINES

21. Stout has endeavored to comply with the United States Trustee's Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330 in (i) Larger Chapter 11 Cases by Those Seeking Compensation who are not Attorneys; (ii) All Chapter 11 Cases Below the Larger Case Thresholds, and (iii) Cases Under Other Chapters of the Bankruptcy Code (the "UST Guidelines") and will work with the U.S. Trustee to provide any additional information required.

## PROJECT BILLING – DESCRIPTION OF SERVICES BY BILLING CATEGORY

22. Stout established numerous categories for work performed as financial advisor to the Debtor. These categories are consistent with the UST Guidelines. As the case progressed, the focus of Stout's work on behalf of the Committee changed in response to developments in the case

and, as a result, was concentrated in certain task categories during certain periods and then other categories later in the case.

| Task Category |
|---|
| Case Administration |
| Coordination and Communication |
| Fee/Retention |
| Financial Analysis |
| Plan of Reorganization |
| Valuation |

23.     During the Compensation Period, Stout rendered services that were both necessary and beneficial to the Committee and the Estate.  A summary of services performed by task code category is attached hereto as **Exhibit B**.  Stout's professionals performed work and billed time for each category as discussed generally below and as set forth in further detail in **Exhibit D**.

24.     **Case Administration** – 3.0 hours, $687.00 of fees. Stout's work in this category is related to managing document flow with Committee counsel and internally.  Stout believes these services are an essential component of providing financial advisory services to the Committee.

25.     **Coordination and Communication** – 5.8 hours, $2,036.00 of fees.  Stout's work in this category is related to communicating with Committee counsel.  Stout believes these services are an essential component of providing financial advisory services to the Committee, managing responsibilities and working efficiently.

26.     **Fee/Retention** – 11.5 hours, $4,072.50 of fees.  This category includes time incurred on preparation and review of applications to employ for Stout, communication with Committee counsel, communications in response to comments from interested parties and the preparation of this final application.  Stout believes time spent on this activity is necessary for providing professional services to the Committee.

27. **Financial Analysis** – 53.3 hours, $13,352.00 of fees. Stout's work in this category involved analyzing the Debtor's financial condition, reviewing the Debtor's financials statements, court filed statements and schedules, and cash flow forecasts. This category includes financial and sensitivity analyses of the Debtors' business plan and financial projections, analysis of the liquidation value of the Debtors, and the financial impact of recovery proposals for the benefit of the Committee. This category also includes the preparation of analyses and work products and presentations associated with the various analyses. Additionally, Stout corresponded and discussed these matters with Committee counsel. Stout believes the requested fees accurately reflect the value provided to the Committee.

28. **Plan of Reorganization** – 13.3 hours, $4,830.00 of fees. Stout's work in this category is related to reviewing the Debtors' disclosure statement, exhibits to disclosure statement, reviewing the plan of reorganization and providing comments to Committee counsel. Stout believes the requested fees accurately reflect the value provided to the Committee.

29. **Valuation** – 10.6 hours, $3,223.00 of fees. Stout's work in this category is related to preparing an analysis of a range of values of the Debtor at different points in time; and sharing the analysis with Committee counsel. Committee counsel requested the analysis to assist with settling claims asserted by certain interested parties. Stout believes the requested fees accurately reflect the value provided to the Committee.

## REQUEST FOR ALLOWANCE OF FEES AND EXPENSES

30. Section 330(a)(1)(A) of the Bankruptcy Code grants bankruptcy courts wide discretion to award "reasonable compensation" to professionals employed by the estate. In determining reasonable compensation, bankruptcy courts within the Fifth Circuit address the twelve factors promulgated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717–19

(5th Cir. 1974).  In re Pilgrim's Pride, 690 F.3d 650, 654–56 (5th Cir. 2012).  The twelve Johnson factors are as follows:

    A.  the time and labor required;

    B.  the novelty and difficulty of the questions presented;

    C.  the skill requisite to perform the legal services properly;

    D.  the preclusion of other employment due to the acceptance of the case;

    E.  the customary fee;

    F.  whether the fee is fixed or contingent;

    G.  time limitations imposed by the client with the circumstances of the case;

    H.  the amount involved, and the results obtained;

    I.  the experience, reputation and ability of the professional;

    J.  the undesirability of the case;

    K.  the nature and length of the professional relationship with the client; and

    L.  awards in similar cases.

31.    Stout submits that the Johnson factors weigh in favor of awarding Stout full compensation for the fees and expenses that it incurred during these chapter 11 cases. Accordingly, Stout submits that its request for compensation and reimbursement of expenses is reasonable and proper, and that such request should be allowed in the amount requested.

## **DETAILED APPLICATION OF THE JOHNSON FACTORS**

32.    The professional services rendered by Stout during the Fee Period required a high degree of professional competence and expertise.  Stout worked with the Committee and Committee counsel, the Debtors and Debtors' advisors, as well as Lenders and their counsel to resolve disputed matters and begin to develop a path toward a plan of reorganization.  Stout worked

diligently to ensure the Committee was fully informed of all relevant information so it could make informed decisions.

33. All services for which Stout requests compensation were performed at the direction or instructions of the Committee, Committee Counsel and/or on behalf of the Committee. Stout respectfully submits that, in accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the services provided were necessary and beneficial to the Committee, the Debtors' estates, creditors and other parties in interest and as such the compensation being sought for its services is fair and reasonable.

A. The Time and Labor Required

Stout billed a total of 97.5 hours during the Fee Period in connection with the engagement as financial advisor to the Committee. A summary of the hours worked and total fees incurred during the Fee Period by category is attached as **<u>Exhibit A</u>**, and a summary of the major tasks performed for each category is set forth above. A detailed itemization is attached as **<u>Exhibit D</u>**. Stout believes that such detail establishes that its request for compensation is reasonable. All of the services specified were actual and necessary for the Committee to perform its statutory duty.

B. Novelty and Difficulty of Questions Presented

This chapter 11 case is complex and involved complicated although not necessarily novel issues in the areas of restructuring, litigation, and finance. The time expended for each category set forth above was proportional to the novelty and difficulty of the issues and questions presented.

C. Skill Requisite to Perform the Services Properly

These cases required professionals experienced in providing financial services in complex chapter 11 bankruptcy cases and related matters. Stout staffed the case with professionals at various levels of seniority and assigned tasks to junior team members where appropriate. Stout rendered services as efficiently as possible to avoid duplication of efforts.

D. Preclusion of Other Employment

Stout's representation of the Committee in this case did not preclude Stout from accepting other engagements.

E. Customary Fee

The hourly rates for each Stout timekeeper are disclosed in **<u>Exhibit A</u>**. Stout respectfully submits that the professional fees sought herein are not unusual given the complexity of these chapter 11 cases and the time expended in attending to the representation of the Committee and are commensurate with fees Stout has been awarded in other cases, as well as with professional fees charged by other professionals of comparable experience.

F. Whether the Fee is Fixed or Contingent

Stout's rates are fixed hourly rates.

G. Time Limitations

Stout provided financial advisory services within the time limitations imposed by case deadlines and hearings, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and counsel for the Committee. Stout was presented with time-critical challenges and deadlines, which it was able to meet.

H.   Amounts Involved and Results Obtained

Stout has worked diligently and efficiently while keeping administrative costs at a minimum.

I.   Experience, Reputation, and Ability of Professionals

Stout has regularly provided financial advice and restructuring services over many years, including in bankruptcy cases in Louisiana and throughout the United States.  The Stout professionals who provided the bulk of the services in this case during the Fee Period possess specialized skills in bankruptcy, corporate/business strategy, finance, and forensic accounting. Stout and its professionals have a substantial reputation in the restructuring community.

J.   Undesirability of the Cases

There have not been any undesirable aspects pertaining to advising the Committee in this case.

K.   Nature and Length of the Professional Relationship

Stout's relationship with the Committee began once the engagement letter was signed. There was no prior relationship with members of the Committee.

L.   Awards in Similar Cases

Stout submits that the amounts requested in this Application are consistent with fees charged by similarly skilled professionals for comparable services in other chapter 11 bankruptcy cases.

As provided in the Employment Application, Stout has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person or (b) any compensation another person or party has received or may receive, except as

allowed by §504(b) of the Bankruptcy Code.  All services for which compensation is requested hereunder were rendered at the request of and solely on behalf of the Committee and not on behalf of any other entity.

## **CONCLUSION**

Stout respectfully requests that the Court: (a) approve Stout's allowance of compensation in the amount of $28,200.50 for services performed by Stout during the Fee Period and (b) grant Stout such other and further relief, both at law and in equity, as this Court deems just and proper.

January 26, 2021

Respectfully submitted,
**Stout Risius Ross, LLC**

John D. Baumgartner
jbaumgartner@stout.com
1000 Main Street, Suite 3200
Houston, TX 77002
Telephone: (713) 221-5149

**Exhibit A**

**Billing Summary by Professional**

| Professional | Title | Hours | Fees |
|---|---|---|---|
| John Baumgartner | Managing Director | 15.3 | $ 6,349.50 |
| Ann Huynh | Director | 15.4 | 5,852.00 |
| Hayden Hill | Associate | 1.1 | 231.00 |
| Ross Belsome | Associate | 65.7 | 15,768.00 |
| **Grand Total** | | **97.5** | **$ 28,200.50** |
| average rate | | | $ 289.24 |

**Exhibit B**

**Billing Summary by Task Code Category**

| Category | Hours | Fees | |
|---|---|---|---|
| Case Administration | 3.0 | $ | 687.00 |
| Coordination and Communication | 5.8 | | 2,036.00 |
| Fee/Retention | 11.5 | | 4,072.50 |
| Financial Analysis | 53.3 | | 13,352.00 |
| Plan of Reorganization | 13.3 | | 4,830.00 |
| Valuation | 10.6 | | 3,223.00 |
| **Grand Total** | **97.5** | **$** | **28,200.50** |

**Exhibit C**

**Detail of Expenses**

None

**Exhibit D**

**Detail of Time Entries**

| Date | Professional | Title | Hours | Rate | Amount | Memo | Task |
|------|-------------|-------|-------|------|--------|------|------|
| 10/28/2020 | Hayden Hill | Associate | 0.4 | $ 210.00 | $ 84.00 | Zoom call with R. Belsome to set up sharefile access to provide counsel with document access. | Case Administration |
| 10/28/2020 | Ross Belsome | Associate | 0.5 | 240.00 | 120.00 | Setting up ShareFile shared folder for case. | Case Administration |
| 10/28/2020 | Hayden Hill | Associate | 0.7 | 210.00 | 147.00 | Extended email correspondence with A. Huynh re: setting up sharefile access for UCC counsel. | Case Administration |
| 11/12/2020 | Ross Belsome | Associate | 0.3 | 240.00 | 72.00 | Stout work status call | Case Administration |
| 11/12/2020 | Ross Belsome | Associate | 0.8 | 240.00 | 192.00 | Reviewing new files and preparing for Stout status call | Case Administration |
| 11/18/2020 | Ross Belsome | Associate | 0.3 | 240.00 | 72.00 | Downloading new files, organizing ShareFile access | Case Administration |
| | | | **3.0** | | **687.00** | | **Case Administration Total** |
| 10/27/2020 | Ross Belsome | Associate | 0.5 | 240.00 | 120.00 | Call with J Baumgartner and A Huynh on Case | Coordination and Communication |
| 10/27/2020 | John Baumgartner | Managing Director | 1.0 | 415.00 | 415.00 | Planning session with Stout team to identify priorities, issues and assign responsibilities | Coordination and Communication |
| 10/27/2020 | Ann Huynh | Director | 1.7 | 380.00 | 646.00 | Reviewed Debtor proposed Plan and Disclosure Statement to discuss next steps with counsel | Coordination and Communication |
| 10/28/2020 | Ross Belsome | Associate | 1.0 | 240.00 | 240.00 | Preparing for and attending call with attorneys and Stout team. | Coordination and Communication |
| 10/28/2020 | Ann Huynh | Director | 1.0 | 380.00 | 380.00 | Kick off call on FA scope and next steps | Coordination and Communication |
| 11/20/2020 | Ann Huynh | Director | 0.4 | 380.00 | 152.00 | Provided comments for next step analysis and communicated to Counsel | Coordination and Communication |
| 1/20/2021 | John Baumgartner | Managing Director | 0.2 | 415.00 | 83.00 | Email to UCC counsel re initial valuation analysis | Coordination and Communication |
| | | | **5.8** | | **2,036.00** | | **Coordination and Communication Total** |
| 11/18/2020 | John Baumgartner | Managing Director | 0.5 | 415.00 | 207.50 | Revise the engagement letter in response to objections/concerns raised by other parties | Fee/Retention |
| 11/24/2020 | Ross Belsome | Associate | 0.3 | 240.00 | 72.00 | Call with A Huynh on fees/retention | Fee/Retention |
| 11/24/2020 | John Baumgartner | Managing Director | 1.0 | 415.00 | 415.00 | Phone call and email exchange with UCC counsel to respond to lender objection to UCC retention of Stout | Fee/Retention |
| 11/24/2020 | Ann Huynh | Director | 1.0 | 380.00 | 380.00 | Research and review of requested fee retention information to Stewart | Fee/Retention |
| 11/25/2020 | Ross Belsome | Associate | 1.0 | 240.00 | 240.00 | Work on document for Stout fees and competitor research | Fee/Retention |
| 11/25/2020 | John Baumgartner | Managing Director | 1.5 | 415.00 | 622.50 | Review of draft response to objection to Stout retention and provide comments/revisions to UCC counsel | Fee/Retention |
| 11/25/2020 | Ross Belsome | Associate | 2.5 | 240.00 | 600.00 | Work on retention/fee issues research | Fee/Retention |
| 1/21/2021 | John Baumgartner | Managing Director | 3.7 | 415.00 | 1,535.50 | Preparation of first and final fee application | Fee/Retention |
| | | | **11.5** | | **4,072.50** | | **Fee/Retention Total** |
| 10/27/2020 | John Baumgartner | Managing Director | 0.7 | 415.00 | 290.50 | High-level review of debtors' financial disclosures | Financial Analysis |
| 10/28/2020 | Ross Belsome | Associate | 2.6 | 240.00 | 624.00 | Review and analysis of financial reports | Financial Analysis |
| 11/2/2020 | Ross Belsome | Associate | 0.4 | 240.00 | 96.00 | Reviewing new documents | Financial Analysis |
| 11/12/2020 | Ann Huynh | Director | 0.5 | 380.00 | 190.00 | Strategy planning on data provided and feasibility analysis next steps | Financial Analysis |
| 11/12/2020 | Ross Belsome | Associate | 2.0 | 240.00 | 480.00 | Reviewing and spreading financial statements | Financial Analysis |
| 11/13/2020 | Ross Belsome | Associate | 1.3 | 240.00 | 312.00 | Work on model for common size analysis of forecast | Financial Analysis |
| 11/13/2020 | Ross Belsome | Associate | 1.5 | 240.00 | 360.00 | Work on breakeven analysis model on forecast | Financial Analysis |

**RWDY, Inc.**
**Time Details**

| Date | Professional | Title | Hours | Rate | Amount | Memo | Task |
|---|---|---|---|---|---|---|---|
| 11/17/2020 | Ross Belsome | Associate | 2.3 | 240.00 | 552.00 | Work on feasibility of forecast common size model, breakeven model | Financial Analysis |
| 11/18/2020 | John Baumgartner | Managing Director | 0.5 | 415.00 | 207.50 | Initial attempt to open QuickBooks file | Financial Analysis |
| 11/18/2020 | Ross Belsome | Associate | 1.5 | 240.00 | 360.00 | Feasibility analysis on Revenue Forecast | Financial Analysis |
| 11/18/2020 | Ross Belsome | Associate | 1.5 | 240.00 | 360.00 | Further feasibility analysis on Revenue Forecast | Financial Analysis |
| 11/18/2020 | Ross Belsome | Associate | 1.5 | 240.00 | 360.00 | Edit and QC review Common Size forecast, breakeven analysis, and stress tests | Financial Analysis |
| 11/19/2020 | Ross Belsome | Associate | 0.3 | 240.00 | 72.00 | Reviewing feasibility analyses in preparation for Stout Status Call | Financial Analysis |
| 11/19/2020 | John Baumgartner | Managing Director | 1.0 | 415.00 | 415.00 | Conference with Stout team to review debtor's proposed financial projections and analyze ability to make proposed plan payments | Financial Analysis |
| 11/19/2020 | Ross Belsome | Associate | 1.0 | 240.00 | 240.00 | Work status call with J Baumgartner and A Huynh | Financial Analysis |
| 11/19/2020 | Ross Belsome | Associate | 1.1 | 240.00 | 264.00 | Work on questions regarding plan forecast assumptions. | Financial Analysis |
| 11/19/2020 | Ross Belsome | Associate | 1.2 | 240.00 | 288.00 | Follow up work on COGS Common Size | Financial Analysis |
| 11/19/2020 | Ross Belsome | Associate | 2.3 | 240.00 | 552.00 | Review and model Debtor's Plan of Reorganization payments timeline. | Financial Analysis |
| 11/20/2020 | John Baumgartner | Managing Director | 0.6 | 415.00 | 249.00 | Further work on importing QuickBooks data from the back up file provided by the debtor to allow for further analysis | Financial Analysis |
| 11/20/2020 | Ross Belsome | Associate | 2.3 | 240.00 | 552.00 | Communicating with A Huynh on feasibility analysis and reviewing comments/further analysis. | Financial Analysis |
| 11/23/2020 | Ross Belsome | Associate | 1.5 | 240.00 | 360.00 | Feasibility - Stout forecast analysis using empirical data | Financial Analysis |
| 11/24/2020 | Ross Belsome | Associate | 0.8 | 240.00 | 192.00 | Reviewing QuickBooks for details forecast feasibility issues. | Financial Analysis |
| 11/24/2020 | Ross Belsome | Associate | 1.7 | 240.00 | 408.00 | Follow up review of payments into trust to fund plan | Financial Analysis |
| 11/24/2020 | Ross Belsome | Associate | 2.5 | 240.00 | 600.00 | Updates to Stout Forecast model | Financial Analysis |
| 11/30/2020 | Ross Belsome | Associate | 1.0 | 240.00 | 240.00 | Stout call on feasibility analysis | Financial Analysis |
| 11/30/2020 | Ross Belsome | Associate | 1.0 | 240.00 | 240.00 | Call with Doug Stewart on Plan feasibility analysis. | Financial Analysis |
| 11/30/2020 | Ross Belsome | Associate | 1.0 | 240.00 | 240.00 | Follow up work on feasibility analysis from Doug Stewart call. | Financial Analysis |
| 11/30/2020 | Ross Belsome | Associate | 1.1 | 240.00 | 264.00 | Call with A Huynh on feasibility analysis. | Financial Analysis |
| 11/30/2020 | Ross Belsome | Associate | 1.7 | 240.00 | 408.00 | Reviewing and updating Stout forecast/feasibility questions. | Financial Analysis |
| 11/30/2020 | Ross Belsome | Associate | 1.9 | 240.00 | 456.00 | Follow up work from A Huynh on feasibility analysis. | Financial Analysis |
| 12/1/2020 | Ross Belsome | Associate | 6.5 | 240.00 | 1,560.00 | | Financial Analysis |
| 12/7/2020 | Ross Belsome | Associate | 1.3 | 240.00 | 312.00 | Work on updates to Stout forecast. | Financial Analysis |
| 1/7/2021 | Ross Belsome | Associate | 2.7 | 240.00 | 648.00 | Analysis of MCA Payments in Amended Plan | Financial Analysis |
| 1/7/2021 | Ross Belsome | Associate | 2.5 | 240.00 | 600.00 | Communicating with A Huynh and work on feasibility analysis Re: Tailored | Financial Analysis |
| | | | 53.3 | | 13,352.00 | | **Financial Analysis Total** |
| 10/27/2020 | Ross Belsome | Associate | 1.2 | 240.00 | 288.00 | Reviewing plan of reorganization and related documents. | Plan of Reorganization |
| 10/28/2020 | John Baumgartner | Managing Director | 0.8 | 415.00 | 332.00 | Conference with UCC counsel re proposed plan and priorities for committee | Plan of Reorganization |
| 10/28/2020 | Ross Belsome | Associate | 1.1 | 240.00 | 264.00 | Reviewing and commenting on draft plan of reorganization. | Plan of Reorganization |

| Date | Professional | Title | Hours | Rate | Amount | Memo | Task |
|------|-------------|-------|-------|------|--------|------|------|
| 11/19/2020 | Ann Huynh | Director | 1.3 | 380.00 | 494.00 | Review of follow up analysis and provided guidance on scenario analysis to R Belsome | Plan of Reorganization |
| 11/19/2020 | Ann Huynh | Director | 1.5 | 380.00 | 570.00 | Discuss on results of common size analysis, generated questions for next steps | Plan of Reorganization |
| 11/30/2020 | Ann Huynh | Director | 0.9 | 380.00 | 342.00 | Review of assessment presentation and discuss analysis results with J Baumgartner and R Belsome | Plan of Reorganization |
| 11/30/2020 | John Baumgartner | Managing Director | 1.0 | 415.00 | 415.00 | Review of feasibility analysis prepared by Stout team to prepare for call with UCC counsel | Plan of Reorganization |
| 11/30/2020 | John Baumgartner | Managing Director | 1.0 | 415.00 | 415.00 | Conference with UCC counsel re financial projections supporting the proposed plan of reorganization | Plan of Reorganization |
| 11/30/2020 | Ann Huynh | Director | 1.0 | 380.00 | 380.00 | Discuss feasibility assessment of RWDY financial forecast with Counsel | Plan of Reorganization |
| 11/30/2020 | Ann Huynh | Director | 1.4 | 380.00 | 532.00 | Discuss feasibility and forecast analysis with R Belsome | Plan of Reorganization |
| 12/1/2020 | Ann Huynh | Director | 0.5 | 380.00 | 190.00 | Review of monthly financial data from Quick books | Plan of Reorganization |
| 1/7/2021 | Ann Huynh | Director | 0.8 | 380.00 | 304.00 | Review and analysis revised Plan compromise; discuss w R Belsome and J Baumgartner | Plan of Reorganization |
| 1/11/2021 | Ann Huynh | Director | 0.8 | 380.00 | 304.00 | Review and edits to UCC settlement proposal | Plan of Reorganization |
| | | | **13.3** | | **4,830.00** | | **Plan of Reorganization Total** |
| 1/20/2021 | Ross Belsome | Associate | 2.3 | 240.00 | 552.00 | Work on calculation of value and communicate results to Stout team. | Valuation |
| 1/20/2021 | Ross Belsome | Associate | 1.7 | 240.00 | 408.00 | Pull and filter market comps on Capital IQ | Valuation |
| 1/20/2021 | John Baumgartner | Managing Director | 0.6 | 415.00 | 249.00 | Conference with R Belsome to review initial valuation estimate of the debtor | Valuation |
| 1/20/2021 | John Baumgartner | Managing Director | 0.4 | 415.00 | 166.00 | Conference with A Huynh re potential valuation of debtor at three dates | Valuation |
| 1/20/2021 | Ann Huynh | Director | 1.0 | 380.00 | 380.00 | Preparation and analysis of enterprise value of RWDY in support of Plan of reorganization negotiations | Valuation |
| 1/20/2021 | Ann Huynh | Director | 0.5 | 380.00 | 190.00 | Coordination discussion with J Baumgartner and R Belsome of enterprise value analysis | Valuation |
| 1/21/2021 | Ross Belsome | Associate | 2.2 | 240.00 | 528.00 | Update calculation of net enterprise value for new multiples and formatting | Valuation |
| 1/21/2021 | John Baumgartner | Managing Director | 0.8 | 415.00 | 332.00 | Prepare for and conference with UCC counsel re initial valuation analysis | Valuation |
| 1/21/2021 | Ann Huynh | Director | 0.6 | 380.00 | 228.00 | Review and finalization of enterprise value analysis | Valuation |
| 1/21/2021 | Ann Huynh | Director | 0.5 | 380.00 | 190.00 | Discussion of analysis with D Stewart, counsel | Valuation |
| | | | **10.6** | | **3,223.00** | | **Valuation Total** |
| | | | **97.5** | | **28,200.50** | | **Grand Total** |