UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE                                              CASE NUMBER 20-10616

RWDY, INC.                                         CHAPTER 11
      Debtor
                                                                                                                                                                                     JUDGE JSH

## NOTICE OF HEARING

**TO CREDITORS** of the above named Debtor, the United States Trustee, and to all interested parties, and to the entities asserting an interest in the property of the Debtor:

**NOTICE IS HEREBY GIVEN** that Stout Risius Ross, LLC, financial advisors to the Official Committee of Unsecured Creditors of RWDY, Inc. has filed that certain *First and Final Application for Compensation for the Period of October 27, 2020 through January 21, 2021 for Stout Risius Ross, LLC* [P-300] (the "Application"). A copy of the Application is on file with the Court and can be obtained from the Court's website, www.lawb.uscourts.gov or from undersigned counsel.

**NOTICE IS FURTHER GIVEN** that a hearing on the Application is scheduled to take place before the Honorable John S. Hodge in the United States Bankruptcy Court for the Western District of Louisiana at the Tom Stagg United States Court House, Courtroom 4, 300 Fannin Street, Shreveport, Louisiana **on February 24, 2021 at 10:00 a.m., IF AND ONLY IF, an objection or response is filed on or before the response deadline noted herein.**

**NOTICE IS FURTHER GIVEN** that any party opposing the relief requested in the Application must formally oppose the Application by filing a written response on or before **February 17, 2020**. Absent such opposition, the Application will be considered unopposed and the relief may be entered without a hearing.

Baton Rouge, Louisiana, this 3rd day of February 2021.

Signature Page to Follow:

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:  /s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com
*Counsel for the Official Committee of Unsecured Creditors of RWDY, Inc.*